Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | ECO Preservation, LLC | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | Tannehill Sewer Fund | |
| 3. Debtor's federal Employer Identification Number (EIN) | 6 3 – 1 2 1 6 0 8 4 | |
| 4. Debtor's address | **Principal place of business**<br><br>8132 Parkway Drive<br>Number   Street<br><br>Leeds, AL 35094<br>City                State    ZIP Code<br><br>Jefferson<br>County | **Mailing address, if different from principal place of business**<br><br>P. O. Box 679<br>Number   Street<br><br>P.O. Box<br><br>Leeds, AL 35094<br>City                State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number   Street<br><br>City                State    ZIP Code |
| 5. Debtor's website (URL) | | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: | |

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
2 2 1 3

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*
☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                         MM / DD / YYYY
        District _____ When _____ Case number _____
                         MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes. Debtor John Michael White                    Relationship Owner
       District Northern District of Alabama        When 10/5/2022
                                                         MM / DD / YYYY
       Case number, if known _____

| Debtor | ECO Preservation, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other  Sewage Systems need to continue to operate

Where is the property? _____
Number    Street

_____
City            State    ZIP Code

Is the property insured?
☑ No
☐ Yes.  Insurance agency _____
           Contact name _____
           Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

Check one:
☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000
☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000          ☑ $1,000,001-$10 million     ☐ $500,000,001-$1 billion
☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million ☐ $100,000,001-$500 million  ☐ More than $50 billion

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Case 22-02429-DSC11    Doc 1    Filed 10/05/22    Entered 10/05/22 15:02:29    Desc Main
Document    Page 3 of 10

Debtor **ECO Preservation, LLC**  
Name

Case number (if known) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/05/2022**
MM/ DD/ YYYY

X _/s/ signature_  
Signature of authorized representative of debtor

Printed name: **J Michael White**

Title **Managing Member**

**18. Signature of attorney**

X _/s/ signature_  
Signature of attorney for debtor

Date **10/05/2022**
MM/ DD/ YYYY

Printed name: *Harry P. Long*

Firm name: The Law Offices of Harry P. Long, LLC

Number Street: 10 W 11th Street Suite 2A

City: Anniston   State: AL   ZIP Code: 36201

Contact phone: (256) 237-3266

Email address: hlonglegal8@gmail.com

Bar number: ASB-0546-N77H   State: AL

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 4

Debtor   ECO Preservation, LLC                                              Case number *(if known)*
         Name

10. Continued

        Debtor  SERMA Holdings, LLC                    Relationship  Sister Company
        District  Northern District of Alabama          When    10/5/2022
                                                                                                  MM / DD / YYYY

        Case number, if known _____

Debtor name: ECO Preservation, LLC

United States Bankruptcy Court for the: Northern District of Alabama

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Benjamin & Lindsay Davis<br>22704 Ironwood Bluff<br>Mc Calla, AL 35111 | | | Contingent<br>Disputed<br>Unliquidated | | | $1,802,261.50 |
| 2 | Jonathan K & Nicole Slone<br>c/o Cockrell, Cockrell, Ritchey & Ritchey<br>1409 University Boulevard<br>Tuscaloosa, AL 35401 | | | Contingent<br>Disputed<br>Unliquidated | | | $1,423,296.68 |
| 3 | Monica & John A Lawrence, Jr<br>22806 Rimbred Court<br>Mc Calla, AL 35111 | | | Contingent<br>Disputed<br>Unliquidated | | | $2,116,845.60 |
| 4 | West Alabama Insured Titles, LLC<br>808 Lurleeen Wallace Blvd, N<br>Tuscaloosa, AL 35401 | | | Unliquidated | | | $585.00 |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor   ECO Preservation, LLC                                             Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
BIRMINGHAM DIVISION

IN RE:  
ECO Preservation, LLC

CHAPTER 11

DEBTOR(S)

CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Curtis White Development, LLC | Member | 15% | |
| Henry H. Tyler | Member | 40% | |
| SERMA Holding, LLC | Member | 45% | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the **Limited Liability Company** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 10/05/2022

Signature: *J Michael White, Managing Member*

**Anesha Shepherd Burrell**
8213 Owen Park Drive
Mc Calla, AL 35111

**Bama Management, LLC**
P. O. Box 679
Leeds, AL 35094

**Benjamin & Lindsay Davis**
22704 Ironwood Bluff
Mc Calla, AL 35111

**Brandon C Prince, Esquire**
BHM Law Group, LLC
1330 21st Way South, Ste 100
Leeds, AL 35094

**Cockrell, Cockrell, Ritchey & Richey**
1409 University Boulevard
Tuscaloosa, AL 35401

**Cockrell, Cockrell, Ritchey & Ritchey**
1409 University Boulevard
Tuscaloosa, AL 35401

**D R Horton - Birmingham**
2188 Parkway Lake Drive Suite 200
Hoover, AL 35120

**Internal Revenue Service**
P. O. Box 7346
Philadelphia, PA 19101-7346

**J. Michael White**
7110 Mountain View
Leeds, AL 35094

**Jonathan K & Nicole Slone**
c/o Cockrell, Cockrell, Ritchey & Ritchey
1409 University Boulevard
Tuscaloosa, AL 35401

**Keandre Mikel Cade**
2625 Apollo Circle
Hoover, AL 35226

**Knobloch, Inc.**
P. O. Box 679
Leeds, AL 35094

**Mary P. White**
7110 Mountain View
Leeds, AL 35094

**Monica & John A Lawrence, Jr**
22806 Rimbred Court
Mc Calla, AL 35111

**Peyton C. Cochrane, Tax Collector**
Room 124 Tuscaloosa County Courthouse
Tuscaloosa, AL 35401-1891

**Rhonda Hood, Esquire**
Hood & Lay, LLC
1117 22nd St. South
Birmingham, AL 35205

**SERMA Funding, LLC**
P. O. Box 679
Leeds, AL 35094

**SERMA Holdings, LLC**
P. O. Box 679
Leeds, AL 35094

**Susan D. Jones, Tax Collector**
714 Greensboro Ave Room 124
Tuscaloosa, AL 35401-1891

**Tannehill Sewer, LLC**
P. O. Box 679
Leeds, AL 35094

**United States Treasury**
Internal Revenue Service
Ogden, UT 84201-0039

**West Alabama Insured Titles, LLC**
808 Lurleeen Wallace Blvd, N
Tuscaloosa, AL 35401

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
BIRMINGHAM DIVISION

IN RE: ECO Preservation, LLC

CASE NO

CHAPTER 11

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 10/05/2022   Signature _____
                              J Michael White, Managing Member