**Fill in this information to identify the case:**

Debtor name        ECO-Preservation Services, L.L.C.

United States Bankruptcy Court for the:

       Northern District of Alabama

Case number (if known):     22-02429

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2.** Cash on hand | | | **$2,000.00** |
| **3.** Checking, savings, money market, or financial brokerage accounts *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1   Millenial Bank | Checking account | 1103 | $984.21 |
| **4.** Other cash equivalents *(Identify all)* | | | |
| 4.1   **Tannehill Sewer Fund - Disbursement Agent** | | | $477,965.80 |
| **5.** Total of Part 1 | | | |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | **$480,950.01** |

### Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

            Current value of debtor's interest

**7.** Deposits, including security deposits and utility deposits

Description, including name of holder of deposit

**None**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   **None**

9. **Total of Part 2**
   Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                    $0.00

---

**Part 3:** **Accounts receivable**

10. **Does the debtor have any accounts receivable?**
    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

                                                                                          Current value of debtor's
                                                                                          interest

11. **Accounts Receivable**

    11a. 90 days old or less:     _____$0.00_____  -  _____$0.00_____  = ...... →        $164,664.46
                                   face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:        _____$0.00_____  -  _____$0.00_____  = ...... →        $214,172.54
                                   face amount          doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                $378,837.00

---

**Part 4:** **Investments**

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                                        Valuation method used for      Current value of debtor's
                                                        current value                  interest

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of fund or stock:                              % of
                                                        ownership:
    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

None

**17. Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                                         $0.00

---

**Part 5:  Inventory, excluding agriculture assets**

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.  Raw materials**

None

**20.  Work in progress**

None

**21.  Finished goods, including goods held for resale**

None

**22.  Other inventory or supplies**

None

**23.  Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                                         $0.00

**24.  Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.** Crops — either planted or harvested

None

**29.** Farm animals *Examples:* Livestock, poultry, farm-raised fish

None

**30.** Farm machinery and equipment (Other than titled motor vehicles)

None

**31.** Farm and fishing supplies, chemicals, and feed

None

**32.** Other farming and fishing-related property not already listed in Part 6

None

**33.** Total of Part 6

Add lines 28 through 32. Copy the total to line 85.                                                                    $0.00

**34.** Is the debtor a member of an agricultural cooperative?

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?

☑ No

☐ Yes

**36.** Is a depreciation schedule available for any of the property listed in Part 6?

☑ No

☐ Yes

**37.** Has any of the property listed in Part 6 been appraised by a professional within the last year?

☑ No

☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

**38.** Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| None | | | |
| **40. Office fixtures** | | | |
| None | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 HP Computer Server & Router Switch, 2 HP Laptop Computers, 2 HP Desktop Computers with 3 Monitors, Epson Scanner, Cannon Printer, Cricket Mobile Phone, Lable Printer and 6 Filing Cabinets | (Unknown) | | $1,450.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| None | | | |
| **43. Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $1,450.00 |

**44.** Is a depreciation schedule available for any of the property listed in Part 7?
☑ No
☐ Yes

**45.** Has any of the property listed in Part 7 been appraised by a professional within the last year?
☑ No
☐ Yes

---

**Part 8:    Machinery, equipment, and vehicles**

**46.** Does the debtor own or lease any machinery, equipment, or vehicles?
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| None | | | |

Case 22-02429-DSC11    Doc 43    Filed 10/28/22    Entered 10/29/22 17:20:20    Desc Main
                          Document      Page 5 of 44

48. **Watercraft, trailers, motors, and related accessories** *Examples:*
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

    None

49. **Aircraft and accessories**

    None

50. **Other machinery, fixtures, and equipment (excluding farm machinery
    and equipment)**

    30,000 GPD Prefam Sewage Treatment Plant; 3 100,000          (Unknown)                                    $319,500.00
    GPD Prefam Sewage Treatment Plants, 200,000 GPD
    Fluidyne filter, 20 Cargo Container, Dewatering Tank,
50.1 and Polymer Tank & Pump

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                                                        $319,500.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☑ Yes

## Part 9:  Real Property

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

| General description | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | | (Where available) | | |

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

| | | | | |
|---|---|---|---|---|
| Plant Site Lease 12876 Woodland Park Circle Mc Calla, AL 35111 (55.1) | Lease from Tannehill Sewer LLC | (Unknown) | | (Unknown) |
| Collection System Lease West Jefferson & East Tuscaloosa County (55.2) | Lease from Tannehill Sewer LLC | (Unknown) | | (Unknown) |
| Sewer Easement Kimbrell Road to Tuscaloosa Hwy (55.3) | Easement owned by ECO | (Unknown) | | (Unknown) |

**Additional Page Total** - *See continuation page for additional entries*                                    $0.00

56.  **Total of Part 9**                                                                                      $0.00
     Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ☒ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

## Part 10: Intangibles and Intellectual Property

59.  **Does the debtor have any interests in intangibles or intellectual property?**
     ☐ No. Go to Part 11.
     ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| None | | | |
| 61.  **Internet domain names and websites** | | | |
| 61.1  tannehillsewer.com | (Unknown) | | $0.00 |
| 62.  **Licenses, franchises, and royalties** | | | |
| 62.1  Discharge License | (Unknown) | | $0.00 |
| **Additional Page Total** - *See continuation page for additional entries* | | | $0.00 |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 63.1  Sewer Customers | (Unknown) | | $0.00 |
| 64.  **Other intangibles, or intellectual property** | | | |
| None | | | |
| 65.  **Goodwill** | | | |
| None | | | |

66.  **Total of Part 10**                                                                                     $0.00
     Add lines 60 through 65. Copy the total to line 89.

**67.** Do your lists or records include personally identifiable information of customers? (as defined in 11 U.S.C. §§ 101(41A) and 107)

☐ No
☑ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?

☑ No
☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?

☑ No
☐ Yes

---

**Part 11:** All other assets

---

**70.** Does the debtor own any other assets that have not yet been reported on this form?

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

Current value of debtor's interest

**71.** Notes receivable
Description (include name of obligor)

| 71.1 | Greenwood | $425.00 | - | $425.00 | =➔ | $425.00 |
|------|-----------|---------|---|---------|----|---------|
| | | Total face amount | | doubtful or uncollectible amount | | |

Additional Page Total - *See continuation page for additional entries*      $2,253,766.41

**72.** Tax refunds and unused net operating losses (NOLs)
Description (for example, federal, state, local)

     **None**

**73.** Interests in insurance policies or annuities

     **None**

**74.** Causes of action against third parties (whether or not a lawsuit has been filed)

| 74.1 | Mark Hughes | (Unknown) |
|------|-------------|-----------|

Nature of Claim    Malpractice/Breach of Contract/Tort

Amount Requested    (Unknown)

Additional Page Total - *See continuation page for additional entries*      $0.00

**75.** Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

     **None**

**76.** Trusts, equitable or future interests in property

     **None**

Case 22-02429-DSC11    Doc 43    Filed 10/28/22    Entered 10/29/22 17:20:20    Desc Main
Document    Page 8 of 44

77. **Other property of any kind not already listed** *Examples:* Season tickets,
    country club membership

    **None**

78. **Total of Part 11**
    Add lines 71 through 77. Copy the total to line 90.                                        $2,254,191.41

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 12: Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $480,950.01 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $378,837.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $1,450.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $319,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................... → | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,254,191.41 | |
| 91. **Total.** Add lines 80 through 90 for each column...... 91a. | $3,434,928.42 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 .................................................. | | $3,434,928.42 |

Case 22-02429-DSC11    Doc 43    Filed 10/28/22    Entered 10/29/22 17:20:20    Desc Main
                        Document      Page 10 of 44

## ■ Additional Page

| General description<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest - *Continued*

| | | | | |
|---|---|---|---|---|
| 55.4 Sewer Easement<br>Tuscaloosa Hwy to Roupes Valley Water | Easement owned by ECO | (Unknown) | | (Unknown) |
| 55.5 Sewer Easement<br>Roupes Valley Water to Loves Travel Center | Easement owned by ECO | (Unknown) | | (Unknown) |
| 55.6 Sewer Easement<br>Parkway Baptist | Easement owned by ECO | $12,219.30 | | (Unknown) |
| 55.7 Sewer Easement<br>STP to Eastern Valley Rd | Easement owned by ECO | (Unknown) | | (Unknown) |

| General description | | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**62.** Licenses, franchises, and royalties - *Continued*

| | | | | |
|---|---|---|---|---|
| 62.2 Discharge License: Bibb County | | (Unknown) | | (Unknown) |

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

**71.** Notes receivable - *Continued*

Description (include name of obligor)

| | Total face amount | | doubtful or uncollectible amount | Current value of debtor's interest |
|---|---|---|---|---|
| 71.2 Knobloch Discharge Pipeline Loan | $453,766.41 | - | $0.00 =→ | $453,766.41 |
| 71.3 Restricted Deposits SERMA Funding | $1,800,000.00 | - | $0.00 =→ | $1,800,000.00 |

**74.** Causes of action against third parties (whether or not a lawsuit has been filed) - *Continued*

74.2 O.M. Hughes Insurance, Inc.

Nature of Claim    Malpractice/Breach of Contract/Tort

Amount Requested    (Unknown)                                                    (Unknown)

74.3 MARKEL/Evanston Insurance Company

Nature of Claim    Malpractice/Breach of Contract/Tort

Amount Requested    (Unknown)                                                    (Unknown)

74.4 Davis

Nature of Claim    Breach of Contract

Amount Requested    (Unknown)                                                    (Unknown)

74.5 Lawrence

Nature of Claim    Breach of Contract

Amount Requested    (Unknown)                                                    (Unknown)

74.6 Slone

Nature of Claim    Breach of Contract

Amount Requested    (Unknown)                                                    (Unknown)

## Additional Page

74.7  Cade                                                         (Unknown)

Nature of Claim     Breach of Contract

Amount Requested     (Unknown)


74.8  Burrell                                                      (Unknown)

Nature of Claim     Breach of Contract

Amount Requested     (Unknown)


74.9  Town of Lake View                                           (Unknown)

Nature of Claim     Breach of Contract

Amount Requested     (Unknown)


74.10                                                             (Unknown)
 Chris McIlwayne

Nature of Claim     Malpractice

Amount Requested     (Unknown)

Case 22-02429-DSC11    Doc 43    Filed 10/28/22    Entered 10/29/22 17:20:20    Desc Main
Document    Page 12 of 44

**Fill in this information to identify the case:**

Debtor name   ECO-Preservation Services, L.L.C.

United States Bankruptcy Court for the:   Northern   District of   Alabama
                                               (State)

Case number (if known):   22-02429

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Knobloch, Inc. | **Describe debtor's property that is subject to a lien**<br>See below under remarks. | $329,477.42 | $3,434,928.42 |
| **Creditor's mailing address**<br>P. O. Box 679<br>Leeds, AL 35094 | | | |
| **Creditor's email address, if known** | **Describe the lien** | | |
| **Date debt was incurred** _____ | **Is the creditor an insider or related party?**<br>☐ No<br>☑ Yes | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority.<br>_____<br>_____ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**Remarks:** Real Estate/easements, Personal property, Deposits, Plant/Equipment, Leaseholds, Licenses/Franchises, Contract/Agreements, and Trade Accounts

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $1,454,477.42

## Part 1:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral** |
| | Do not deduct the value | **that supports this** |
| | of collateral. | **claim** |

**2.2** Creditor's name

SERMA Funding, LLC

**Creditor's mailing address**

P. O. Box 679

Leeds, AL 35094

**Creditor's email address, if known**

Date debt was incurred    1-15-1999

Last 4 digits of account    ___ ___ ___ ___
number

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Have you already specified the
relative priority?

    ☐ No. Specify each creditor, including
    this creditor, and its relative
    priority.

    _____

    ☐ Yes. The relative priority of creditors
    is specified on lines _____

**Describe debtor's property that is subject to a lien**

See below under remarks.    $1,125,000.00    $3,434,928.42

_____

_____

**Describe the lien**

Mortgage & Security Agreement

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Remarks:** Real Estate/easements, Personal property, Deposits, Plant/Equipment, Leaseholds, Licenses/Franchises, Contract/Agreements, and Trade Accounts

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page _2_ of _2_

Fill in this information to identify the case:

Debtor name     ECO-Preservation Services, L.L.C.

United States Bankruptcy Court for the:

    Northern District of Alabama

Case number (if known):    22-02429

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☐ No

☐ Yes

**2.2**

Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☐ No

☐ Yes

Case 22-02429-DSC11    Doc 43    Filed 10/28/22    Entered 10/29/22 17:20:20    Desc Main
Document    Page 15 of 44

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

Anesha Shepherd Burrell

8213 Owen Park Drive

Mc Calla, AL 35111

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Amount of claim: unknown

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.2** Nonpriority creditor's name and mailing address

Bama Management, LLC

P. O. Box 679

Leeds, AL 35094

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Amount of claim: unknown

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.3** Nonpriority creditor's name and mailing address

Benjamin & Lindsay Davis

22704 Ironwood Bluff

Mc Calla, AL 35111

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Amount of claim: $1,802,261.50

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [x] Yes

**3.4** Nonpriority creditor's name and mailing address

Cockrell, Cockrell, Ritchey & Richey

1409 University Boulevard

Tuscaloosa, AL 35401

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

Amount of claim: unknown

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [x] Yes

Debtor    ECO-Preservation Services, L.L.C.    Case number *(if known)*    22-02429
          Name

## Part 2: Additional Page

**3.5** Nonpriority creditor's name and mailing address
D R Horton - Birmingham

2188 Parkway Lake Drive Suite 200

Hoover, AL 35120

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$501,500.00

**3.6** Nonpriority creditor's name and mailing address
D R Horton - Birmingham

2188 Parkway Lake Drive Suite 200

Hoover, AL 35120

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**3.7** Nonpriority creditor's name and mailing address
J. Michael White

7110 Mountain View

Leeds, AL 35094

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**3.8** Nonpriority creditor's name and mailing address
J. Michael White

7110 Mountain View

Leeds, AL 35094

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

## Part 2: Additional Page

### 3.9
**Nonpriority creditor's name and mailing address**

Jonathan K & Nicole Slone

c/o Cockrell, Cockrell, Ritchey & Ritchey

1409 University Boulevard

Tuscaloosa, AL 35401

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [ ] No
- [x] Yes

$1,423,296.68

### 3.10
**Nonpriority creditor's name and mailing address**

Keandre Mikel Cade

2625 Apollo Circle

Hoover, AL 35226

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [ ] No
- [x] Yes

unknown

### 3.11
**Nonpriority creditor's name and mailing address**

Knobloch, Inc.

P. O. Box 679

Leeds, AL 35094

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

### 3.12
**Nonpriority creditor's name and mailing address**

Mary P. White

7110 Mountain View

Leeds, AL 35094

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

## Part 2: Additional Page

**3.13**   Nonpriority creditor's name and mailing address

Mary P. White

7110 Mountain View

Leeds, AL 35094

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.14**   Nonpriority creditor's name and mailing address

Monica & John A Lawrence, Jr

22806 Rimbred Court

Mc Calla, AL 35111

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☑ Yes

$2,116,845.60

---

**3.15**   Nonpriority creditor's name and mailing address

Peyton C. Cochrane, Tax Collector

Room 124 Tuscaloosa County Courthouse

Tuscaloosa, AL 35401-1891

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.16**   Nonpriority creditor's name and mailing address

SERMA Funding, LLC

P. O. Box 679

Leeds, AL 35094

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

Case 22-02429-DSC11    Doc 43    Filed 10/28/22    Entered 10/29/22 17:20:20    Desc Main
Document    Page 19 of 44

## Part 2: Additional Page

**3.17** Nonpriority creditor's name and mailing address

SERMA Holdings, LLC

P. O. Box 679

Leeds, AL 35094

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

**3.18** Nonpriority creditor's name and mailing address

Susan D. Jones, Tax Collector

714 Greensboro Ave Room 124

Tuscaloosa, AL 35401-1891

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

**3.19** Nonpriority creditor's name and mailing address

Tannehill Sewer, LLC

P. O. Box 679

Leeds, AL 35094

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

**3.20** Nonpriority creditor's name and mailing address

Tannehill Sewer, LLC

P. O. Box 679

Leeds, AL 35094

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

Case 22-02429-DSC11    Doc 43    Filed 10/28/22    Entered 10/29/22 17:20:20    Desc Main
                        Document       Page 20 of 44

## Part 2: Additional Page

**3.21** Nonpriority creditor's name and mailing address

United States Treasury

Internal Revenue Service

Ogden, UT 84201-0039

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

**3.22** Nonpriority creditor's name and mailing address

West Alabama Insured Titles, LLC

808 Lurleeen Wallace Blvd, N

Tuscaloosa, AL 35401

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$585.00

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**   Brandon C Prince, Esquire<br>BHM Law Group, LLC<br>1330 21st Way South, Ste 100<br>Leeds, AL 35094 | Line **3.10**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.2**   Cockrell, Cockrell, Ritchey & Ritchey<br>1409 University Boulevard<br>Tuscaloosa, AL 35401 | Line **3.3**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.3**   Cockrell, Cockrell, Ritchey & Ritchey<br>1409 University Boulevard<br>Tuscaloosa, AL 35401 | Line **3.14**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.4**   Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Line **3.21**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.5**   Rhonda Hood, Esquire<br>Hood & Lay, LLC<br>1117 22nd St. South<br>Birmingham, AL 35205 | Line **3.1**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Case 22-02429-DSC11    Doc 43    Filed 10/28/22    Entered 10/29/22 17:20:20    Desc Main
Document    Page 22 of 44

| Debtor | ECO-Preservation Services, L.L.C. | | Case number *(if known)* | 22-02429 |
|---|---|---|---|---|
| | Name | | | |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $0.00 |
| 5b. **Total claims from Part 2** | 5b. | **+** | $5,844,488.78 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $5,844,488.78 |

Case 22-02429-DSC11    Doc 43    Filed 10/28/22    Entered 10/29/22 17:20:20    Desc Main
Document      Page 23 of 44

**Fill in this information to identify the case:**

Debtor name _____ ECO-Preservation Services, L.L.C. _____

United States Bankruptcy Court for the:

_____ Northern District of Alabama _____

Case number (if known): ____ 22-02429 ____ Chapter __ 11 __

☐ Check if this is an amended filing

# Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Sewage Collection System Lease | Tannehill Sewer, LLC |
| | | | P. O. Box 679 |
| | State the term remaining | 15 months | Leeds, AL 35094 |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Plant Site (10 Ac +-) | Tannehill Sewer, LLC |
| | | | P. O. Box 679 |
| | State the term remaining | 15 months | Leeds, AL 35094 |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Discharge License (use of discharge pipeline & NPDES Permit) | Knobloch, Inc. |
| | | | P. O. Box 679 |
| | State the term remaining | 15 months | Leeds, AL 35094 |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Sewer Service | Sewer Customers |
| | | | |
| | State the term remaining | 1 months | |
| | List the contract number of any government contract | | |

Case 22-02429-DSC11    Doc 43    Filed 10/28/22    Entered 10/29/22 17:20:20    Desc Main
Document    Page 24 of 44

Fill in this information to identify the case:

Debtor name     ECO-Preservation Services, L.L.C.

United States Bankruptcy Court for the:

Northern District of Alabama

Case number (if known):    22-02429

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | **Check all schedules that apply:** |
| 2.1   Henry H. Tyler | 1808 10th Avenue No<br>Street<br><br>Bessemer, AL 35020<br>City     State    ZIP Code | SERMA Funding, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2   J. Michael White | 7110 Mountain View<br>Street<br><br>Leeds, AL 35094<br>City     State    ZIP Code | SERMA Funding, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.3   Knobloch, Inc. | P. O. Box 679<br>Street<br><br>Leeds, AL 35094<br>City     State    ZIP Code | SERMA Funding, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.4   Mary P. White | 7110 Mountain View<br>Street<br><br>Leeds, AL 35094<br>City     State    ZIP Code | SERMA Funding, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.5   SERMA Holdings, LLC | P. O. Box 679<br>Street<br><br>Leeds, AL 35094<br>City     State    ZIP Code | SERMA Funding, LLC | ☑ D<br>☐ E/F<br>☐ G |

Case 22-02429-DSC11    Doc 43    Filed 10/28/22    Entered 10/29/22 17:20:20    Desc Main
Document     Page 25 of 44

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.6 _____ | Street _____ | | |
| | _____ | | |
| | City _____ State _____ ZIP Code _____ | | |

Fill in this information to identify the case:

Debtor name      ECO-Preservation Services, L.L.C.

United States Bankruptcy Court for the:
     Northern District of Alabama

Case number (if known):     22-02429     Chapter    11

☐ Check if this is an
    amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:** Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    **1a. Real Property:**

       Copy line 88 from *Schedule A/B*......................................................................................... $0.00

    **1b. Total personal property:**

       Copy line 91A from *Schedule A/B*...................................................................................... $3,434,928.42

    **1c. Total of all property:**

       Copy line 92 from *Schedule A/B*........................................................................................ $3,434,928.42

**Part 2:** Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................ $1,454,477.42

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**

       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $0.00

    **3b. Total amount of claims of non-priority amount of unsecured claims:**

       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................. + $5,844,488.78

4. **Total liabilities**................................................................................................................................... $7,298,966.20
    Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name         ECO-Preservation Services, L.L.C.

United States Bankruptcy Court for the:

           Northern District of Alabama

Case number (if known):     22-02429

☐ Check if this is an
     amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/28/2022
        MM/ DD/ YYYY

XX _____
Signature of individual signing on behalf of debtor

J Michael White
Printed name

Managing Member
Position or relationship to debtor

Official Form B202          Declaration Under Penalty of Perjury for Non-Individual Debtors

Case 22-02429-DSC11    Doc 43    Filed 10/28/22    Entered 10/29/22 17:20:20    Desc Main
Document    Page 29 of 44

**Fill in this information to identify the case:**

Debtor name _____ ECO-Preservation Services, L.L.C. _____

United States Bankruptcy Court for the:

_____ Northern District of Alabama _____

Case number (if known): _____ 22-02429 _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2022</u> to  Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | Unknown - to be provided<br>$0.00 |
| **For prior year:** | From <u>01/01/2021</u> to <u>12/31/2021</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $2,691,000.00 |
| **For the year before that:** | From <u>01/01/2020</u> to <u>12/31/2020</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $1,662,000.00 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2022</u> to  Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From <u>01/01/2021</u> to <u>12/31/2021</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From <u>01/01/2020</u> to <u>12/31/2020</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Hubbard Wiggins McIlwain & Brakefield, PC<br>Creditor's name<br>P. O. Box 2427<br>Street<br><br>Tuscaloosa, AL 35403-2427<br>City      State      ZIP Code | Various Dates | $17,685.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.2. | Truitt Insurance and Bonding, Inc.<br>Creditor's name<br>3004 7th Avenue South<br>Street<br><br>Birmingham, AL 35233<br>City      State      ZIP Code | 7-26-2022 | $14,613.16 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Insurance |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Tannehill Sewer, LLC<br>Creditor's name<br>P. O. Box 679<br>Street<br><br>Leeds, AL 35094<br>City      State      ZIP Code<br>**Relationship to debtor**<br>Related Entity | Various Dates | $271,892.28 | Services or goods - Tannehill Sewer, LLC |

| 4.2. | Knobloch, Inc. | Various Dates | $859,926.69 | Services or goods - Knobloch, Inc. |
|---|---|---|---|---|
| | Creditor's name | | | |
| | P. O. Box 679 | | | |
| | Street | | | |
| | | | | |
| | Leeds, AL 35094 | | | |
| | City                State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Related Entity | | | |

| 4.3. | SERMA Funding, LLC | Various Dates | $83,409.17 | Services or goods - SERMA Funding, LLC |
|---|---|---|---|---|
| | Creditor's name | | | |
| | P. O. Box 679 | | | |
| | Street | | | |
| | | | | |
| | Leeds, AL 35094 | | | |
| | City                State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Related Entity | | | |

| 4.4. | Paula White | Various Dates | $31,401.86 | Reimbursement - Unknown |
|---|---|---|---|---|
| | Creditor's name | | | |
| | | | | |
| | Street | | | |
| | | | | |
| | | | | |
| | City                State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Relative of Owners | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | |
| | | | |
| Street | | | |
| | | | |
| City                State        ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Debtor | ECO-Preservation Services, L.L.C. | Case number (if known) | 22-02429 |
|---|---|---|---|
| | Name | | |

**6.1.**

Creditor's name

XXXX– __ __ __ __

Street

City                State      ZIP Code

---

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

**7.1.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Davis, et al v ECO Preservation Services, LLC, et al | Tort | United States District Court<br>Name<br><br>Street<br><br>City          State      ZIP Code | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| **Case number** | | | |
| 7:17-cv-01533-LSC | | | |

**7.2.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Slone, et al v ECO Preservation Services, LLC, et al | Tort | United States District Court<br>Name<br><br>Street<br><br>City          State      ZIP Code | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| **Case number** | | | |
| 7:17-cv-01534-LSC | | | |

**7.3.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Lawrence, et al v ECO Preservation Services, LLC, et al | Tort | United States District Court<br>Name<br><br>Street<br><br>City          State      ZIP Code | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| **Case number** | | | |
| 7:17-cv-01535-LSC | | | |

**7.4.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| ECO Preservation Services, LLC v Hannah, et al | Contract | Circuit Court of Jefferson County - Bessemer Division<br>Name<br><br>Street<br><br>City          State      ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Case number** | | | |
| 68-CV-2016-000100.00 | | | |

---

| 7.5. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | Cade v ECO Preservation Services, LLC, et al | Tort | Circuit Court of Tuscaloosa County<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | Street | |
| | 63-CV-2022-900355.00 | | City State ZIP Code | |

| 7.6. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | Burell v ECO Preservation Services, LLC, et al | Tort | Circuit Court of Tuscaloosa County<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | Street | |
| | 63-CV-2022-900223.00 | | City State ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | **Custodian's name and address** | **Description of the property** | **Value** |
|---|---|---|---|
| | Custodian's name | | Court name and address |
| | Street | **Case title** | Name |
| | | | Street |
| | City State ZIP Code | **Case number** | City State ZIP Code |
| | | **Date of order or assignment** | |

---

**Part 4:** **Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000.

☑ None

| 9.1. | **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|---|---|---|---|---|
| | Recipient's name | | | |
| | Street | | | |
| | City State ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

## Part 5: Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets — Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

## Part 6: Certain Payments or Transfers

**11.** Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| The Law Offices of Harry P. Long, LLC | Attorney's Fee | 11-2021 | $4,333.33 |
| **Address** | Attorney's Fee | 10-2022 | $8,333.33 |
| 10 W 11th Street Suite 2A<br>Street | | | |
| Anniston, AL 36201<br>City        State   ZIP Code | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12.** Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |
| **Trustee** | | | |

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 6

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | Hannah Settlement | _____ | (Unknown) |

**Address**

_____
Street

_____
City          State    ZIP Code

**Relationship to debtor**

_____

---

**Part 7:  Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ Street | From _____ To _____ |
| | _____ City    State    ZIP Code | |

---

**Part 8:  Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Debtor | ECO-Preservation Services, L.L.C. | Case number (if known) | 22-02429 |
|--------|-----------------------------------|------------------------|----------|
|        | Name | | |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|
| 15.1. _____ | | |
| Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City          State     ZIP Code | | Check all that apply: <br> ☐ Electronically <br> ☐ Paper |

## Part 9: Personally Identifiable Information

16. Does the debtor collect and retain personally identifiable information of customers?

☐ No.

☑ Yes. State the nature of the information collected and retained. customer information

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|--------------|--------------------------------------------|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|--------------------------------|-----------------|------------------------------------------------------|------------------------------------------|
| 18.1 BanCorp South <br> Name <br><br> Street <br><br> City          State     ZIP Code | XXXX– _ _ _ _ | ☐ Checking <br> ☐ Savings <br> ☑ Money market <br> ☐ Brokerage <br> ☐ Other ____ | 1-27-2022 | $701.94 |

Case 22-02429-DSC11    Doc 43    Filed 10/28/22    Entered 10/29/22 17:20:20    Desc Main
Document      Page 36 of 44

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name | | | ☐ No |
| | Street | Address | | ☐ Yes |
| | City         State    ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name | | | ☐ No |
| | Street | Address | | ☐ Yes |
| | City         State    ZIP Code | | | |

---

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| See Schedule | | | |
| Name | | | |
| Street | | | |
| City         State    ZIP Code | | | |

---

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

▪ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

▪ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Case 22-02429-DSC11    Doc 43    Filed 10/28/22    Entered 10/29/22 17:20:20    Desc Main
Document        Page 37 of 44

☐   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | | _____ | ☐ On appeal |
| _____ | Street _____ | _____ | ☐ Concluded |
| | City   State   ZIP Code | _____ | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City   State   ZIP Code | City   State   ZIP Code | _____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City   State   ZIP Code | City   State   ZIP Code | _____ | |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ – __ __ __ __ __ |
| _____<br>Name | | **Dates business existed** |
| _____<br>Street | | From _____ To _____ |
| _____ | | |
| _____<br>City    State    ZIP Code | | |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. J. Michael White<br>Name<br>P. O. Box 679<br>Street<br><br>35094<br>City    State    ZIP Code | From _____ To _____ |
| **Name and address** | **Dates of service** |
| 26a.2. Ben Schillaci; Carr, Riggs & Ingram, LLC<br>Name<br>3700 Colonnade Parkway Suite 300<br>Street<br><br>35243<br>City    State    ZIP Code | From _____ To _____ |
| **Name and address** | **Dates of service** |
| 26a.3. Mary P. White<br>Name<br>7110 Mountain View<br>Street<br><br>Leeds, AL 35094<br>City    State    ZIP Code | From _____ To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Ben Schillaci with Carr, Riggs & Ingram, LLC<br>Name<br>3700 Colonnade Parkway Suite 300<br>Street<br><br>Birmingham, AL 35243<br>City    State    ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Case 22-02429-DSC11    Doc 43    Filed 10/28/22    Entered 10/29/22 17:20:20    Desc Main
Document     Page 39 of 44

| | Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|---|
| 26c.1. | J. Michael White | | | |
| | Name | | | |
| | P. O. Box 679 | | | |
| | Street | | | |
| | | | | |
| | Leeds, AL 35094 | | | |
| | City | State | ZIP Code | |

| | Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|---|
| 26c.2. | Mary P. White | | | |
| | Name | | | |
| | 7110 Mountain View | | | |
| | Street | | | |
| | | | | |
| | Leeds, AL 35094 | | | |
| | City | State | ZIP Code | |

| | Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|---|
| 26c.3. | Ben Schillaci with Carr, Riggs & Ingram, LLC | | | |
| | Name | | | |
| | 3700 Colonnade Parkway Suite 300 | | | |
| | Street | | | |
| | | | | |
| | Birmingham, AL 35243 | | | |
| | City | State | ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | Plaintiff Attorneys Federal Cases |
| | Name |
| | |
| | Street |
| | |
| | |
| | City        State        ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Debtor | ECO-Preservation Services, L.L.C. | | Case number *(if known)* | 22-02429 |
|---|---|---|---|---|
| | Name | | | |

**Name and address of the person who has possession of inventory records**

27.1.

Name

Street

City                                State              ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| J. Michael White | P. O. Box 679 Leeds, AL 35094 | Manager, | 0.00% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From |
| | | | To |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | See Statement of Financial Affairs Answer to Part 2 Question 4 |
| Name | | | |
| Street | | | |
| City                State        ZIP Code | | | |
| **Relationship to debtor** | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

Case 22-02429-DSC11     Doc 43     Filed 10/28/22     Entered 10/29/22 17:20:20     Desc Main
Document      Page 41 of 44

Debtor     ECO-Preservation Services, L.L.C.                                    Case number *(if known)*     22-02429
           Name

☐ Yes. Identify below.

   Name of the pension fund                                    Employer Identification number of the pension fund

   _____                   EIN:  __ __ – __ __ __ __ __ __ __

## Part 14:   Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **10/28/2022**
              MM/ DD/ YYYY

X _____            Printed name     J Michael White
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor     Managing Member


Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Alabama

**In re**   ECO-Preservation Services, L.L.C.

Case No. _____22-02429_____

**Debtor**

Chapter _____11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ................................................................. _____

Prior to the filing of this statement I have received ................................................. _____

Balance Due ............................................................................................................. _____

☑ **RETAINER**

For legal services, I have agreed to accept and received a retainer of ...................... _____$8,333.33_____

The undersigned shall bill against the retainer at an hourly rate of .......................... _____$400.00_____
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

10/28/2022
_____
Date

_____
Harry P Long
*Signature of Attorney*

Bar Number: ASB-0546-N77H
The Law Offices of Harry P. Long, LLC
10 W 11th Street Suite 2A
Anniston, AL 36201
Phone: (256) 237-3266

_____
The Law Offices of Harry P. Long, LLC
*Name of law firm*

---