United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** ECO-Preservation Services, LLC **CASE NO. :** 22-02429 **MONTH ENDING:** 3/31/2025

**Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month**

# BUSINESS DEBTOR'S AFFIRMATIONS

1. **YES___ NO____ All post petition business taxes have been paid/deposited and the deposit slips are attached.**

   **YES___ NO____ All post petition individual taxes have been paid and the deposit slips are attached.**

   **If you answered "No" to the above, list the types of taxes that are now due and owing.**

| TYPE OF TAX | AMOUNT |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

2. **YES X NO____ Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.**

   **If no, enter: TYPE________________ not in force.**

   **TYPE________________ not in force.**

3. **YES * NO____ New books and records were opened and are being maintained daily.**

4. **YES X NO____ Copies of all banks statements and reconciliations are attached .**

5. **YES * NO____ I have otherwise complied with all requirements of the Chapter 11 Operating Order.**

6. **YES * NO____ All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.**

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 8/19/2025

[signature], Trustee
RESPONSIBLE PARTY

Phone No. 205.307.5050

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** ECO-Preservation Services, LLC **CASE NO.:** 22-02429 **MONTH ENDING:** 3/31/2025

**Attach Business Forms BA-02(A-D)**
**BUSINESS DEBTOR'S**

| **CASH RECEIPTS & DISBURSEMENTS** | | **INCOME STATEMENT** -Accrual **(Circle One)** -Cash | |
|---|---|---|---|
| CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month. | | | |
| A. CASH ON HAND (Beginning) | $242,369.28 | 1. REVENUE FROM TOTAL SALES | $ 129,358.72 |
| B. RECEIPTS: | | 2. LESS COST OF THOSE SALES (Cost of materials, Labor, etc.) | $ 132,343.99 |
| Accounts Receivable from Form BA-02(A)-Line II(C) | $129,358.72 | 3. EQUALS GROSS PROFIT (1 minus 2) | |
| Cash Sales | | 4. LESS OPERATING EXPENSES | |
| Loan Proceeds from______ | | 5. EQUALS NET PROFIT OPERATIONS (3 minus 4) | |
| Sale of Property (Not in ordinary course of business) | | 6. NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES) | |
| Other______ | | ______ | |
| ______ | | ______ | |
| C. TOTAL RECEIPTS (Total of B) | $129,358.72 | ______ | |
| D. BUSINESS DISBURSEMENTS FROM FORM BA-02(B) | $132,343.99 | | |
| E. SURPLUS OR DEFICIT (C minus D) | ($ 2,985.27) | 7. EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6) | ($ 2,985.27) |
| F. CASH ON HAND (End) (A plus E) | $239,384.01 | *** *Please itemize Cost of Sales and Expenses on a separate sheet of paper.*** | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 8/19/2025

[signature] Bill M..., Trustee
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

**United States Bankruptcy Court - Northern District of Alabama**

**CASE NAME:** ECO-Preservation Services, LLC **CASE NO.:** 22-02429 **MONTH ENDING:** ________

**Attach to Business Form BA-02**

# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I. **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II. **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

A. Amount collected this month on accounts receivable charged and paid this month. $ unknown

B. Amount collected this month on accounts receivable charged in prior months and paid this month. $ unknown

C. TOTAL collected this month on accounts receivable. $ 129,358.72

III. **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | $ | | | | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ | | | | $ 129,358.72 |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 8/19/2025

[signature], Trustee
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** ECO-Preservation Services, LLC **CASE NO.:** 22-02429 **MONTH ENDING:** 3/31/2025

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

ACCOUNTING FEES.................................... $______
ADVERTISING............................................ ______
AUTOMOBILES/VEHICLES (repairs & maintenance)............ ______
COMMISSIONS/CONTRACT LABOR.............................. ______
INSURANCE (TOTAL)....................................... ______
AUTO $______
LIABILITY ______
LIFE ______
MEDICAL ______
CASUALTY ______
FIRE & THEFT ______
WORKMAN'S COMP. ______
OTHER ______ ______

See attached Excel spreadsheet

INTEREST PAID........................................... ______
INVENTORY PURCHASED..................................... ______
LEGAL FEES.............................................. ______
POSTAGE................................................. ______
RENT/LEASE PAYMENTS ON REAL ESTATE...................... ______
REPAIRS & MAINTENANCE................................... ______
SALARIES/WAGES PAID..................................... ______
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]............. ______
SUPPLIES (TOTAL)........................................ ______
OFFICE $______
OPERATING ______
TRAVEL & ENTERTAINMENT.................................. ______
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]................ ______
UNSECURED LOAN PAYMENTS................................. ______
UTILITIES (TOTAL)....................................... ______
ELECTRICITY $______
GAS ______
TELEPHONE ______
WATER ______
OTHER ______ ______

OTHER BUSINESS DISBURSEMENTS ______
(Specify) ______ $______

**TOTAL BUSINESS DISBURSEMENTS.......................... $______**

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 8/19/2025

[signature], Trustee
RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** ECO-Preservation Services, LLC **CASE NO.:** 22-02429 **MONTH ENDING:** 3/31/2025

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## ***ALL SECURED CREDITORS MUST BE LISTED BELOW***

1. __*__ Secured loan payments as described below have been paid this month (Check, if true.)

2. ______ No secured loan payments have been paid during this month. (Check, if true.)

3. ______ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| Serma Funding | unknown | 3/7/25 | | 6,416.09 | unknown |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 8/19/2025

[signature], Trustee
RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** ECO-Preservation Services, LLC **CASE NO. :** 22-02429 **MONTH ENDING:** 3/31/25

**Attach to Business Form BA-02**

## BUSINESS DEBTOR'S TAX PAYMENTS

**A. WITHHELD TAXES FOR EACH PAYROLL PERIOD**

| PAYROLL DATE | PAYROLL AMOUNT | **FICA 941** | | **STATE** INCOME TAXES PAID | **LOCAL** INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| None | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

**B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD**

| PAYROLL DATE | TAXABLE PAYROLL | **FUTA 940** | | **STATE** |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

**C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)**

| **DUE** | | | **PAID** | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| None | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 8/19/25

[signature], Trustee
RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** ECO-Preservation Services, LLC **CASE NO. :** 22-02429 **MONTH ENDING:**______

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Millenea Bank | xx 7046 | $239,384.01 | 3/31/25 | Post |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL

(Wages, Salaries, Commissions, Bonuses, Etc.)

Officer #1 (Name) ______ $______
Officer #2 (Name) ______ $______

Other Officer (Name) ______ $______

Employees (Number) ______ $______

Employees (Relatives) ______ $______

Name ______ $______

Name ______ $______

## INVENTORY (IF APPLICABLE)

Inventory - Beginning of Month (COST) $______
Inventory - Purchased this Month - CASH $______
Inventory - Purchased this Month - CREDIT $______

Inventory - End of Month (COST) $______

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

X A. No payments on pre-petition debts have been made this month.
___ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 8/19/2025 [signature], Trustee
RESPONSIBLE PARTY

CHAPTER 11 OPERATING ORDER FORM 11/00 **BUSINESS BA-03(A)**

**United States Bankruptcy Court - Northern District of Alabama**

**CASE NAME:** ECO-Preservation Services, LLC **CASE NO.:** 22-02429 **MONTH ENDING:** 3/31/25

**BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE**

**CHECK A or B**

______ A. All operating expenses since the beginning of this case have been paid. Therefore there are no post-petition accounts payable.

**** OR ****

______ B. Post-petition accounts payable are as follows: See attached Excel worksheet

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 8/19/2025

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

**IN RE:**

**ECO-PRESERVATION SERVICES, L.L.C., SERMA HOLDINGS, LLC, and JOHN MICHAEL WHITE, Debtors.**

**CHAPTER 11 BANKRUPTCY
CASE NO.: 22-02429 DSC11
JOINTLY ADMINISTERED**

---

**TRUSTEE DECLARATION REGARDING MONTHLY OPERATING REPORTS**

Brian Walding, Chapter 11 Trustee (the "**Trustee**") of the bankruptcy estates of ECO-Preservation Services, LLC ("**ECO**"), Serma Holdings, LLC ("**Holdings**") and J. Michael White ("**White**"; and collectively with ECO and Holdings, the "**Debtor Entities**") has prepared multiple Chapter 11 Monthly Operating Reports (the "**Monthly Operating Reports**") as prescribed by the United States Bankruptcy Administrator for the Northern District of Alabama (the "**BA**"). As to the Monthly Operating Reports, the Trustee makes the following declaration:

1. On December 4, 2024, the Court entered an order granting certain creditors' motion for the appointment of a Chapter 11 trustee for the Debtors' estates. [Doc. No. 482]

2. On December 30, 2024 the Court subsequently appointed Brian Walding as the Chapter 11 Trustee for each of the Debtors' Estates. [Doc. No. 533].

3. The latest Monthly Operating Report submitted to this Court by the Debtor Entities was for the month ending on October 31, 2024 [Doc. Nos. 474, 475 & 476].

4. The Debtor Entities have failed and/or refused to submit subsequent Monthly Operating Reports after the month ending on October 31, 2024.

5. The Trustee submits Monthly Operating Reports after October 31, 2024 without firsthand knowledge of the financial information or reports of the Debtor Entities other than bank statements of record.

6. Any designation of "*" for responses to the Monthly Operating Reports is intended to indicate that said response is to the best of the Trustee's knowledge based on the information provided and/or known by the Trustee.

7. The Trustee reserves the right to amend any Monthly Operating Report based upon new or additional facts, reports or data become available to the Trustee.

Sworn to as of the 18th day of August, 2025.

*/s/ Brian Walding*
Brian Walding
Chapter 11 Trustee

MILLENNIAL BANK
7924 Parkway Dr. • Leeds, AL 35094
205-702-2265

Date: 03-31-25
Account Number: ****7046
Enclosures 26

ECO PRESERVATION SERVICES LLC
GENERAL ACCOUNT
P O BOX 679
LEEDS, AL 35094

****7046 Business Checking

## Summary of Activity Since Your Last Statement

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward From | 03/01/2025 | 242,369.28 | Images Enclosed | 26 |
| 14 | Deposits/Credits | | 129,358.72 + | Minimum Balance | 163,786.10 |
| 22 | Withdrawals/Debits | | 132,343.99 - | Average Balance | 213,516.71 |
| | Ending Balance As Of | 03/31/2025 | 239,384.01 | Average Available Balance | 213,516.71 |

## DEPOSITS

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 03/31/2025 | 3,994.92 | Regular Deposit | | | |

## OTHER CREDITS

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 03/03/2025 | 6,962.83 | RDC Credit |
| 03/05/2025 | 2,364.77 | RDC Credit |
| 03/07/2025 | 2,131.64 | RDC Credit |
| 03/10/2025 | 6,857.12 | RDC Credit |
| 03/12/2025 | 2,189.39 | RDC Credit |
| 03/14/2025 | 5,664.83 | RDC Credit |
| 03/17/2025 | 29,541.78 | RDC Credit |
| 03/20/2025 | 30,231.04 | RDC Credit |
| 03/21/2025 | 3,243.77 | RDC Credit |
| 03/24/2025 | 6,266.26 | RDC Credit |
| 03/26/2025 | 20,303.11 | RDC Credit |
| 03/28/2025 | 5,229.08 | RDC Credit |
| 03/31/2025 | 4,378.18 | RDC Credit |

## CHECKS

| CHECK NO | DATE | AMOUNT | CHECK NO | DATE | AMOUNT |
|---|---|---|---|---|---|
| 150 | 03/31/2025 | 10,896.65 | 1500 | 03/07/2025 | 17,643.78 |
| 1467 * | 03/13/2025 | 100.00 | 1501 | 03/07/2025 | 1,000.00 |
| 1496 * | 03/31/2025 | 656.68 | 1502 | 03/07/2025 | 4,000.00 |
| 1497 | 03/12/2025 | 47,960.62 | 1503 | 03/07/2025 | 3,060.00 |
| 1498 | 03/07/2025 | 18,106.00 | 1504 | 03/10/2025 | 802.44 |
| 1499 | 03/07/2025 | 6,416.09 | 1505 | 03/17/2025 | 12,416.50 |

* - denotes missing check number in sequence

## OTHER DEBITS

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 03/19/2025 | 47.18 | Ach withdrawal<br>Alabama Power APC EBILL |
| 03/19/2025 | 106.78 | Ach withdrawal |

## OTHER DEBITS

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| | | Alabama Power APC EBILL |
| 03/19/2025 | 110.24 | Ach withdrawal |
| | | Alabama Power APC EBILL |
| 03/19/2025 | 163.75 | Ach withdrawal |
| | | Alabama Power APC EBILL |
| 03/19/2025 | 203.84 | Ach withdrawal |
| | | Alabama Power APC EBILL |
| 03/19/2025 | 289.29 | Ach withdrawal |
| | | Alabama Power APC EBILL |
| 03/19/2025 | 369.80 | Ach withdrawal |
| | | Alabama Power APC EBILL |
| 03/19/2025 | 382.10 | Ach withdrawal |
| | | Alabama Power APC EBILL |
| 03/19/2025 | 434.80 | Ach withdrawal |
| | | Alabama Power APC EBILL |
| 03/19/2025 | 7,177.45 | Ach withdrawal |
| | | Alabama Power APC EBILL |

## DAILY BALANCE INFORMATION

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 02/28/2025 | 242,369.28 | 03/13/2025 | 163,786.10 | 03/24/2025 | 217,032.05 |
| 03/03/2025 | 249,332.11 | 03/14/2025 | 169,450.93 | 03/26/2025 | 237,335.16 |
| 03/05/2025 | 251,696.88 | 03/17/2025 | 186,576.21 | 03/28/2025 | 242,564.24 |
| 03/07/2025 | 203,602.65 | 03/19/2025 | 177,290.98 | 03/31/2025 | 239,384.01 |
| 03/10/2025 | 209,657.33 | 03/20/2025 | 207,522.02 | | |
| 03/12/2025 | 163,886.10 | 03/21/2025 | 210,765.79 | | |

**Merchant Capture Deposit Ticket**

Account Number: 20017046
Date: 03/03/2025 12:00:24 PM
Amount: $ 6,962.83

⑆062206279⑆ [redacted]

03/03/2025 $6,962.83

**Merchant Capture Deposit Ticket**

Account Number: 20017046
Date: 03/05/2025 10:39:48 AM
Amount: $ 2,364.77

⑆062206279⑆ [redacted]

03/05/2025 $2,364.77

**Merchant Capture Deposit Ticket**

Account Number: 20017046
Date: 03/07/2025 10:39:26 AM
Amount: $ 2,131.64

⑆062206279⑆ [redacted]

03/07/2025 $2,131.64

**Merchant Capture Deposit Ticket**

Account Number: 20017046
Date: 03/10/2025 11:23:10 AM
Amount: $ 6,857.12

⑆062206279⑆ [redacted]

03/10/2025 $6,857.12

**Merchant Capture Deposit Ticket**

Account Number: 20017046
Date: 03/12/2025 10:25:17 AM
Amount: $ 2,189.39

⑆062206279⑆ [redacted]

03/12/2025 $2,189.39

**Merchant Capture Deposit Ticket**

Account Number: 20017046
Date: 03/14/2025 11:23:18 AM
Amount: $ 5,664.83

⑆062206279⑆ [redacted]

03/14/2025 $5,664.83

**Merchant Capture Deposit Ticket**

Account Number: 20017046
Date: 03/17/2025 02:09:51 PM
Amount: $ 29,541.78

⑆062206279⑆ [redacted]

03/17/2025 $29,541.78

**Merchant Capture Deposit Ticket**

Account Number: 20017046
Date: 03/20/2025 12:14:34 PM
Amount: $ 30,231.04

⑆062206279⑆ [redacted]

03/20/2025 $30,231.04

**Merchant Capture Deposit Ticket**

Account Number: 20017046
Date: 03/21/2025 01:46:38 PM
Amount: $ 3,243.77

⑆062206279⑆ [redacted]

03/21/2025 $3,243.77

**Merchant Capture Deposit Ticket**

Account Number: 20017046
Date: 03/24/2025 10:53:18 AM
Amount: $ 6,266.26

⑆062206279⑆ [redacted]

03/24/2025 $6,266.26

**Merchant Capture Deposit Ticket**

Account Number: 20017046
Date: 03/26/2025 12:34:13 PM
Amount: $ 20,303.11

⑆062206279⑆ [redacted]

03/26/2025 $20,303.11

**Merchant Capture Deposit Ticket**

Account Number: 20017046
Date: 03/28/2025 11:47:19 AM
Amount: $ 5,229.08

⑆062206279⑆ [redacted]

03/28/2025 $5,229.08



DEPOSIT TICKET
Date: 3/24/2025
Eco Preservation Services, LLC
General Checking
P. O. Box 679
Leeds, AL 35094-0679
Millennial Bank
Main Office
629 1st Ave SE; P.O. Box 309
Leeds, AL 35094-0309
KNB Pipeline P&I #5482 3,994.92
TOTAL DEPOSIT 3,994.92

03/31/2025 $3,994.92

Eco Preservation Services, LLC — Millennial Bank, Main Office, 7924 Parkway Drive, Leeds, AL 35094 — 1498
P. O. Box 679, Leeds, AL 35094
3/3/2025
61-627 / 622
Pay to the Order of Knobloch $18,106.00
Eighteen Thousand One Hundred Six and 00/100 DOLLARS
Knobloch, Inc.
P.O. Box 679
Leeds, AL 35094
⑈001498⑈

03/07/2025 1498 $18,106.00

Merchant Capture Deposit Ticket
Account Number: 20017046
Date: 03/31/2025 11:49:34 AM
Amount: $ 4,378.18

03/31/2025 $4,378.18

Eco Preservation Services, LLC — Millennial Bank — 1499
3/3/2025
Pay to the Order of SERMA Funding, LLC $6,416.09
Six Thousand Four Hundred Sixteen and 09/100 DOLLARS
SFD.NP.ECO.STP-v
SERMA Funding, LLC
Interest
⑈001499⑈

03/07/2025 1499 $6,416.09

Eco Preservation Services, LLC — Millennial Bank — 1507
3/24/2025
Pay to the Order of Tannehill Sewer, LLC $10,896.65
Ten Thousand Eight Hundred Ninety-Six and 65/100 DOLLARS
Tannehill Sewer, LLC
P.O. Box 679
Leeds, AL 35094
Com 10; Res 744
⑈001507⑈

03/31/2025 150 $10,896.65

Eco Preservation Services, LLC — Millennial Bank — 1500
3/3/2025
Pay to the Order of Tannehill Sewer, LLC $17,643.78
Seventeen Thousand Six Hundred Forty-Three and 78/100 DOLLARS
Tannehill Sewer, LLC
P.O. Box 679
Leeds, AL 35094
Collect Sys Rent
⑈001500⑈

03/07/2025 1500 $17,643.78

Eco Preservation Services, LLC — Millennial Bank — 1467
12/31/2024
Pay to the Order of EOS Utility Services $100.00
One Hundred and 00/100 DOLLARS
EOS Utility Services
206-A Oak Mountain Circle
Pelham, AL 35124
O&M COLL PS INSP
⑈001467⑈

03/13/2025 1467 $100.00

Eco Preservation Services, LLC — Millennial Bank — 1501
3/3/2025
Pay to the Order of White, J. Michael $1,000.00
One Thousand and 00/100 DOLLARS
White, J. Michael
⑈001501⑈

03/07/2025 1501 $1,000.00

Eco Preservation Services, LLC — Millennial Bank — 1496
2/27/2025
Pay to the Order of The Addressers $656.68
Six Hundred Fifty-Six and 68/100 DOLLARS
The Addressers
15700 Texaco Ave
Paramount, CA 90723
⑈001496⑈

03/31/2025 1496 $656.68

Eco Preservation Services, LLC — Millennial Bank — 1502
3/3/2025
Pay to the Order of Tannehill Sewer, LLC $4,000.00
Four Thousand and 00/100 DOLLARS
Tannehill Sewer, LLC
P.O. Box 679
Leeds, AL 35094
Ground Rent
⑈001502⑈

03/07/2025 1502 $4,000.00

Eco Preservation Services, LLC — Millennial Bank — 1497
3/3/2025
Pay to the Order of EOS Utility Services $47,960.62
Forty-Seven Thousand Nine Hundred Sixty and 62/100 DOLLARS
EOS Utility Services
206-A Oak Mountain Circle
Pelham, AL 35124
⑈001497⑈

03/12/2025 1497 $47,960.62

Eco Preservation Services, LLC — Millennial Bank — 1503
3/3/2025
Pay to the Order of Tannehill Sewer, LLC $3,060.00
Three Thousand Sixty and 00/100 DOLLARS
Tannehill Sewer, LLC
P.O. Box 679
Leeds, AL 35094
⑈001503⑈

03/07/2025 1503 $3,060.00



THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

Eco Preservation Services, LLC
P. O. Box 679
Leeds, AL 35094

Millennial Bank
Main Office
7924 Parkway Drive
Leeds, AL 35094

61-627
622

1504

3/4/2025

Pay to the Order of White, Paula $802.44

Eight Hundred Two and 44/100 DOLLARS

Paula White
7110 Mountain View
Leeds, AL 35094

⑈001504⑈

03/10/2025 1504 $802.44

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

Eco Preservation Services, LLC
P. O. Box 679
Leeds, AL 35094

Millennial Bank
Main Office
7924 Parkway Drive
Leeds, Al 35094

61-627
622

1505

3/7/2025

Pay to the Order of Carr, Riggs & Ingram, LLC $12,416.50

Twelve Thousand Four Hundred Sixteen and 50/100 DOLLARS

Carr, Riggs & Ingram, LLC
3700 Colonnade Prkwy, Ste 300
Birmingham, AL 35243

⑈001505⑈

03/17/2025 1505 $12,416.50

**ECO-Preservation System Financial Performance**

Based on Monthly Bank Account Statements

**SUMMARY**

| Statement Date | Beginning Balance | TOTAL DEBITS | DEPOSITS | END BALANCE | MONTHLY NET |
|---|---|---|---|---|---|
| Nov-24 | $ 427,985.17 | $ (252,327.77) | $ 103,465.57 | $ 279,122.97 | $ (148,862.20) |
| Dec-24 | $ 279,122.97 | $ (140,281.17) | $ 104,135.60 | $ 242,977.40 | $ (36,145.57) |
| Jan-25 | $ 242,977.40 | $ (134,683.61) | $ 104,400.44 | $ 212,694.23 | $ (30,283.17) |
| Feb-25 | $ 212,694.23 | $ (70,269.62) | $ 99,944.67 | $ 242,369.28 | $ 29,675.05 |
| Mar-25 | $ 242,369.28 | $ (132,343.99) | $ 129,358.72 | $ 239,384.01 | $ (2,985.27) |
| Apr-25 | $ 239,384.01 | $ (130,899.84) | $ 98,822.55 | $ 207,306.72 | $ (32,077.29) |
| May-25 | $ 207,306.72 | $ (158,460.89) | $ 78,983.44 | $ 127,829.27 | $ (79,477.45) |
| Jun-25 | $ 127,829.27 | $ (105,388.29) | $ 228,307.52 | $ 250,748.50 | $ 122,919.23 |
| Jul-25 | $ 250,748.50 | $ (131,903.40) | $ 126,982.45 | $ 245,827.55 | $ (4,920.95) |

**EXPENSE / DEBIT DETAIL**

| Statement Date | Tannehill Sewer | Knobloch | SERMA Funding | M.J. White | P. White | EOS Utility Services | Addressers | Alabama Power | Harry P. Long | Pino & Associates | Brakefield | One Time Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nov-24 | $ (41,579.44) | $ (24,340.20) | $ - | $ (1,000.00) | $ (2,008.59) | $ (34,929.43) | $ - | $ (9,436.42) | $ (120,859.23) | $ (17,189.22) | $ - | $ (985.24) |
| Dec-24 | $ (20,796.84) | $ (39,179.18) | $ - | $ (1,000.00) | $ - | $ (42,584.68) | $ - | $ (9,370.86) | $ - | $ - | $ (7,747.10) | $ (9,155.85) |
| Jan-25 | $ (32,053.30) | $ (18,106.00) | $ - | $ (1,000.00) | $ - | $ (66,852.93) | $ (1,299.89) | $ (9,993.79) | $ - | $ - | | $ (5,377.70) |
| Feb-25 | $ (35,673.83) | $ (18,106.00) | $ (3,252.92) | $ (1,000.00) | $ (1,048.78) | $ - | $ (655.90) | $ (9,170.66) | $ - | $ - | | $ (1,361.53) |
| Mar-25 | $ (35,600.43) | $ (18,106.00) | $ (6,416.09) | $ (1,000.00) | $ (802.44) | $ (48,060.62) | $ (656.68) | $ (9,285.23) | $ - | $ - | | $ (12,416.50) |
| Apr-25 | $ (35,989.36) | $ (18,106.00) | $ (6,416.09) | $ (1,000.00) | $ (72.16) | $ (54,349.67) | $ (659.86) | $ (13,122.70) | $ - | $ - | | $ (1,184.00) |
| May-25 | $ (34,021.64) | $ (18,106.00) | $ (6,416.09) | $ (1,000.00) | $ - | $ (82,814.70) | $ (1,324.48) | $ (14,465.34) | $ - | $ - | | $ (312.64) |
| Jun-25 | $ (33,485.28) | $ (18,106.00) | $ (6,416.09) | $ (1,000.00) | $ (272.15) | $ (35,521.23) | $ (664.61) | $ (9,817.93) | $ - | $ - | | $ (105.00) |
| Jul-25 | $ (34,243.92) | $ (18,106.00) | $ (6,416.09) | $ (1,000.00) | $ - | $ (41,823.35) | $ - | $ (9,855.14) | $ - | $ - | | $ (20,458.90) |