In re:            Case No. 22-02429-DSC
ECO-Preservation Services, L.L.C.            Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-2        User: admin        Page 1 of 6
Date Rcvd: Aug 20, 2025        Form ID: pdf000        Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ECO-Preservation Services, L.L.C., P. O. Box 679, Leeds, AL 35094-0011 |
| aty | + | James C. Pino, Jim Pino & Associates, 363 Canyon Park Drive, Pelham, AL 35124-4820 |
| cr | #+ | BHM Law Group LLC, 1330 21ST WAY S, Suite 100, Birmingham, AL 35205, UNITED STATES 35205-3912 |
| acc | + | Ben J. Schillaci, Carr Riggs & Ingram, 3700 Colonnade Pkwy Ste 300, Birmingham, AL 35243-3213 |
| sp | + | Bill D. Bensinger, Christain & Small, LLP, 1800 Financial Center, 505 20th Street North, Suite 1800 Birmigham, AL 35203-4633 |
| cr | + | City of Lake View, Alabama, c/o Benjamin S. Goldman, Hand Arendall Harrison Sale LLC, 1801 5th Avenue North Suite 400, Birmingham, AL 35203-2108 |
| cr | + | D.R. Horton, Inc. - Birmingham, 1927 1st Ave. N, Ste. 101, Birmingham, AL 35203-4050 |
| mv | + | James Donald White, c/o James Harris, Watkins & Eager PLLC, 1904 1st Ave N, Ste 300, Birmingham, AL 35203-4064 |
| mv | + | Jan Marie White Stone, c/o James Harris, Watkins & Eager PLLC, 1904 1st Ave N, Ste 300, Birmingham, AL 35203-4064 |
| sp | + | Jim Pino, 363 Canyon Park Drive, Pelham, AL 35124-4820 |
| intp | + | John Michael White, Sr, 7110 Mountain View Ln, Leeds, AL 35094-5703 |
| cr | + | Jonathan K. Slone, c/o G. Scotch Ritchey, Cockrell Cockrell Ritchey & Ritchey LLP, 1409 University Blvd, Tuscaloosa, AL 35401-1633 |
| op | + | Jones Walker LLP, 420 20th Street North, Suite 1100, Birmingham, AL 35203, UNITED STATES 35203-5209 |
| mv | + | Joseph Curtis White, c/o James Harris, Watkins & Eager PLLC, 1904 1st Ave N, Ste 300, Birmingham, AL 35203-4064 |
| intp | + | Joseph Espy, III, Melton, Espy & Williams, PC, PO Drawer 5130, Montgomery, AL 36130-0001 |
| mv | + | Knobloch, Inc., PO Box 679, Leeds, AL 35094-0011 |
| intp | + | Mary Paula White, 7702 Deer Trail, Trussville, AL 35173-3901 |
| mv | + | Tannehill Sewer, LLC, PO Box 679, 35094, AL 35094-0011 |
| cr | + | The Governmental Utility Services Corporation of L, c/o Benjamin S. Goldman, Hand Arendall Harrison Sale LLC, 1801 5th Avenue North Suite 400, Birmingham, AL 35203-2108 |
| sp | + | W. Marcus Brakefield, P O Box 2427, Tuscaloosa, AL 35403-2427 |
| op | + | Wynn Echols, Jr., Engineers of the South, 208 Oak Mountain Circle, Pelham, AL 35124-1357 |
| intp | + | c/o James B. Bailey Knobloch, Inc., Bradley Arant Boult Cummings LLP, One Federal Place, 1819 5th Avenue North, Birmingham, AL 35203-2120 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: hlonglegal@aol.com | Aug 20 2025 23:56:00 | Harry P. Long, Harry P. Long, Attorney at Law, P.O. Box 1468, Anniston, AL 36202-1468 |
| tr | + | Email/Text: almb7trustee@waldinglaw.com | Aug 20 2025 23:55:00 | Brian R. Walding, Walding LLC, 2227 First Avenue South Suite 100, Birmingham, AL 35233-2338 |
| smg | + | Email/Text: bnc_notices_southern@alnba.uscourts.gov | Aug 20 2025 23:57:00 | Thomas Corbett, BA Birmingham, 1800 5th Avenue North, Birmingham, AL 35203-2111 |
| acc | + | Email/Text: barry@barrystrickland.com | Aug 20 2025 23:56:00 | Barry Strickland & Company, PO Box 9228, Richmond, VA 23227-0228 |
| wit | + | Email/Text: sweems@msnattorneys.com | Aug 20 2025 23:56:00 | Massey, Stotser & Nichols, P.C., 1780 Gadsden |

Highway, Birmingham, AL 35235-3106

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | *+ | Jim Pino, 363 Canyon Park Drive, Pelham, AL 35124-4820 |
| cr | ##+ | Cadence Bank fka Bancorp South Bank, c/o Bowdy J. Brown, Sasser, Sefton & Brown, P.C., P.O. Box 4539, Montgomery, AL 36103-4539, UNITED STATES 36103-4539 |
| cr | ##+ | Nicole Slone, 23040 McGehee Drive, McCalla, AL 35111-3072 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Shaw Goldman | on behalf of Creditor The City of Lake View  Alabama bgoldman@handfirm.com, aowen@handarendall.com |
| Benjamin Shaw Goldman | on behalf of Plaintiff City of Lake View  Alabama bgoldman@handfirm.com, aowen@handarendall.com |
| Benjamin Shaw Goldman | on behalf of Plaintiff The Governmental Utility Services Corporation of Lake View bgoldman@handfirm.com aowen@handarendall.com |
| Benjamin Shaw Goldman | on behalf of Counter-Defendant The Governmental Utility Services Corporation of Lake View bgoldman@handfirm.com aowen@handarendall.com |
| Benjamin Shaw Goldman | on behalf of Creditor City of Lake View  Alabama bgoldman@handfirm.com, aowen@handarendall.com |
| Benjamin Shaw Goldman | on behalf of Counter-Defendant City of Lake View  Alabama bgoldman@handfirm.com, aowen@handarendall.com |
| Benjamin Shaw Goldman | on behalf of Creditor The Governmental Utility Services Corporation of Lake View bgoldman@handfirm.com aowen@handarendall.com |
| Bill D Bensinger | on behalf of Special Counsel Bill D. Bensinger bdbensinger@csattorneys.com bill-bensinger-5829@ecf.pacerpro.com;cfellis@csattorneys.com |
| Bobby H Cockrell, Jr | on behalf of Creditor Nicole Slone bcockrell@ccrr.law |
| Bobby H Cockrell, Jr | on behalf of Creditor Monica Lawrence bcockrell@ccrr.law |

| | |
|---|---|
| Bobby H Cockrell, Jr | on behalf of Plaintiff Benjamin Davis bcockrell@ccrr.law |
| Bobby H Cockrell, Jr | on behalf of Plaintiff John Lawrence Jr. bcockrell@ccrr.law |
| Bobby H Cockrell, Jr | on behalf of Creditor Jonathan K. Slone bcockrell@ccrr.law |
| Bobby H Cockrell, Jr | on behalf of Creditor John Lawrence bcockrell@ccrr.law |
| Bobby H Cockrell, Jr | on behalf of Plaintiff Nicole Slone bcockrell@ccrr.law |
| Bobby H Cockrell, Jr | on behalf of Creditor Benjamin Davis bcockrell@ccrr.law |
| Bobby H Cockrell, Jr | on behalf of Plaintiff Lindsay Davis bcockrell@ccrr.law |
| Bobby H Cockrell, Jr | on behalf of Plaintiff Monica Lawrence bcockrell@ccrr.law |
| Bobby H Cockrell, Jr | on behalf of Creditor Lindsay Davis bcockrell@ccrr.law |
| Bowdy J Brown | on behalf of Creditor Cadence Bank fka Bancorp South Bank bo.brown@chlaw.com jack.pitts@chlaw.com;stephanie.cloutier@chlaw.com |
| Brandon Prince | on behalf of Creditor BHM Law Group LLC brandon@bhmlawgroup.com |
| Brian R Walding | on behalf of Trustee Brian R. Walding bwalding@waldinglaw.com dbyrd@waldinglaw.com;bnichols@waldinglaw.com;lbos@waldinglaw.com |
| Brian R. Walding (SBRA) | on behalf of Trustee Brian R. Walding alnb11trustee@waldinglaw.com bwalding@waldinglaw.com;lbos@waldinglaw.com |
| Caroline Cockrell Ritchey | on behalf of Creditor Nicole Slone critchey@ccrr.law |
| Caroline Cockrell Ritchey | on behalf of Creditor Jonathan K. Slone critchey@ccrr.law |
| Caroline Cockrell Ritchey | on behalf of Creditor Lindsay Davis critchey@ccrr.law |
| Caroline Cockrell Ritchey | on behalf of Creditor Monica Lawrence critchey@ccrr.law |
| Caroline Cockrell Ritchey | on behalf of Creditor Benjamin Davis critchey@ccrr.law |
| Caroline Cockrell Ritchey | on behalf of Creditor John Lawrence critchey@ccrr.law |
| Clyde Ellis Brazeal, III | on behalf of Other Professional Jones Walker LLP ebrazeal@joneswalker.com |
| Clyde O. Westbrook, III | on behalf of Movant Jan Marie White Stone twestbrook@watkinseager.com |
| Clyde O. Westbrook, III | on behalf of Movant James Donald White twestbrook@watkinseager.com |
| Clyde O. Westbrook, III | on behalf of Movant Joseph Curtis White twestbrook@watkinseager.com |
| Frederick Darrell Clarke, III | on behalf of Creditor D.R. Horton Inc. - Birmingham fclarke@rumberger.com, ldowner@rumberger.com;Docketingorlando@rumberger.com |
| Frederick Darrell Clarke, III | on behalf of Attorney for Trustee Brian Walding fclarke@rumberger.com ldowner@rumberger.com;Docketingorlando@rumberger.com |
| Gregory Scotch Ritchey, Jr | on behalf of Plaintiff John Lawrence Jr. sritchey@ccrr.law |
| Gregory Scotch Ritchey, Jr | |

| | |
|---|---|
| | on behalf of Plaintiff Monica Lawrence sritchey@ccrr.law |
| Gregory Scotch Ritchey, Jr | on behalf of Creditor Lindsay Davis sritchey@ccrr.law |
| Gregory Scotch Ritchey, Jr | on behalf of Creditor Monica Lawrence sritchey@ccrr.law |
| Gregory Scotch Ritchey, Jr | on behalf of Plaintiff Lindsay Davis sritchey@ccrr.law |
| Gregory Scotch Ritchey, Jr | on behalf of Creditor Benjamin Davis sritchey@ccrr.law |
| Gregory Scotch Ritchey, Jr | on behalf of Creditor Jonathan K. Slone sritchey@ccrr.law |
| Gregory Scotch Ritchey, Jr | on behalf of Creditor Nicole Slone sritchey@ccrr.law |
| Gregory Scotch Ritchey, Jr | on behalf of Creditor John Lawrence sritchey@ccrr.law |
| Gregory Scotch Ritchey, Jr | on behalf of Plaintiff Nicole Slone sritchey@ccrr.law |
| Gregory Scotch Ritchey, Jr | on behalf of Plaintiff Benjamin Davis sritchey@ccrr.law |
| Harry P Long | on behalf of Interested Party John Michael White Sr hlonglegal8@gmail.com, sjmorganlegal@gmail.com;phr75200@notify.bestcase.com;klonglegal8@gmail.com;ecfpacer@gmail.com;TheLawOfficesofHarryPLongLLC@jubileebk.net |
| Harry P Long | on behalf of Debtor SERMA Holdings LLC hlonglegal8@gmail.com, sjmorganlegal@gmail.com;phr75200@notify.bestcase.com;klonglegal8@gmail.com;ecfpacer@gmail.com;TheLawOfficesofHarryPLongLLC@jubileebk.net |
| Harry P Long | on behalf of Defendant J. Michael White hlonglegal8@gmail.com sjmorganlegal@gmail.com;phr75200@notify.bestcase.com;klonglegal8@gmail.com;ecfpacer@gmail.com;TheLawOfficesofHarryPLongLLC@jubileebk.net |
| Harry P Long | on behalf of Attorney Harry P. Long hlonglegal8@gmail.com sjmorganlegal@gmail.com;phr75200@notify.bestcase.com;klonglegal8@gmail.com;ecfpacer@gmail.com;TheLawOfficesofHarryPLongLLC@jubileebk.net |
| Harry P Long | on behalf of Trustee Brian R. Walding hlonglegal8@gmail.com sjmorganlegal@gmail.com;phr75200@notify.bestcase.com;klonglegal8@gmail.com;ecfpacer@gmail.com;TheLawOfficesofHarryPLongLLC@jubileebk.net |
| Harry P Long | on behalf of Debtor ECO-Preservation Services L.L.C. hlonglegal8@gmail.com, sjmorganlegal@gmail.com;phr75200@notify.bestcase.com;klonglegal8@gmail.com;ecfpacer@gmail.com;TheLawOfficesofHarryPLongLLC@jubileebk.net |
| Harry P Long | on behalf of Defendant SERMA Holdings LLC hlonglegal8@gmail.com, sjmorganlegal@gmail.com;phr75200@notify.bestcase.com;klonglegal8@gmail.com;ecfpacer@gmail.com;TheLawOfficesofHarryPLongLLC@jubileebk.net |
| Harry P Long | on behalf of Special Counsel Jim Pino hlonglegal8@gmail.com sjmorganlegal@gmail.com;phr75200@notify.bestcase.com;klonglegal8@gmail.com;ecfpacer@gmail.com;TheLawOfficesofHarryPLongLLC@jubileebk.net |
| Harry P Long | on behalf of Accountant Ben J. Schillaci hlonglegal8@gmail.com sjmorganlegal@gmail.com;phr75200@notify.bestcase.com;klonglegal8@gmail.com;ecfpacer@gmail.com;TheLawOfficesofHarryPLongLLC@jubileebk.net |
| Harry P Long | on behalf of Defendant ECO-Preservation Services LLC hlonglegal8@gmail.com, sjmorganlegal@gmail.com;phr75200@notify.bestcase.com;klonglegal8@gmail.com;ecfpacer@gmail.com;TheLawOfficesofHarryPLongLLC@jubileebk.net |
| Harry P Long | on behalf of Debtor John Michael White Sr hlonglegal8@gmail.com, sjmorganlegal@gmail.com;phr75200@notify.bestcase.com;klonglegal8@gmail.com;ecfpacer@gmail.com;TheLawOfficesofHarryPLongLLC@jubileebk.net |

**J. Thomas Corbett**
  jtom_corbett@alnba.uscourts.gov courtmailbir11@alnba.uscourts.gov

**James A. Harris, III**
  on behalf of Movant Jan Marie White Stone jharris@watkinseager.com jenglett@watkinseager.com

**James A. Harris, III**
  on behalf of Movant Joseph Curtis White jharris@watkinseager.com jenglett@watkinseager.com

**James A. Harris, III**
  on behalf of Movant James Donald White jharris@watkinseager.com jenglett@watkinseager.com

**James Blake Bailey**
  on behalf of Interested Party c/o James B. Bailey Mary P .White jbailey@bradley.com kpbarnes@bradley.com;jbailey@ecf.courtdrive.com

**James Blake Bailey**
  on behalf of Interested Party c/o James B. Bailey Serma Holdings LLC jbailey@bradley.com, kpbarnes@bradley.com;jbailey@ecf.courtdrive.com

**James Blake Bailey**
  on behalf of Defendant Shandi R. White jbailey@bradley.com kpbarnes@bradley.com;jbailey@ecf.courtdrive.com

**James Blake Bailey**
  on behalf of Interested Party c/o James B. Bailey Knobloch Inc. jbailey@bradley.com, kpbarnes@bradley.com;jbailey@ecf.courtdrive.com

**James Blake Bailey**
  on behalf of Defendant SERMA Funding LLC jbailey@bradley.com, kpbarnes@bradley.com;jbailey@ecf.courtdrive.com

**James Blake Bailey**
  on behalf of Defendant Knobloch Inc. jbailey@bradley.com, kpbarnes@bradley.com;jbailey@ecf.courtdrive.com

**James Blake Bailey**
  on behalf of Defendant Mary Paula White jbailey@bradley.com kpbarnes@bradley.com;jbailey@ecf.courtdrive.com

**James Blake Bailey**
  on behalf of Defendant Tannehill Sewer LLC jbailey@bradley.com, kpbarnes@bradley.com;jbailey@ecf.courtdrive.com

**Jon A Dudeck**
  jon_dudeck@alnba.uscourts.gov courtmailbir7@alnba.uscourts.gov

**Lynne S O'Neal**
  on behalf of Creditor D.R. Horton Inc. - Birmingham loneal@lsppc.com

**R. Scott Williams**
  on behalf of Trustee Brian R. Walding swilliams@rumberger.com docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com

**R. Scott Williams**
  on behalf of Attorney for Trustee Brian Walding swilliams@rumberger.com docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com

**R. Scott Williams**
  on behalf of Plaintiff Brian Walding swilliams@rumberger.com docketingorlando@rumberger.com;swilliamssecy@rumberger.com;ldowner@rumberger.com

**Richard Aaron Chastain**
  on behalf of Defendant Mary Paula White achastain@bradley.com

**Richard Aaron Chastain**
  on behalf of Defendant Tannehill Sewer LLC achastain@bradley.com

**Richard Aaron Chastain**
  on behalf of Movant Tannehill Sewer LLC achastain@bradley.com

**Richard Aaron Chastain**
  on behalf of Movant Knobloch Inc. achastain@bradley.com

**Richard Aaron Chastain**
  on behalf of Interested Party Mary Paula White achastain@bradley.com

**Richard Aaron Chastain**
  on behalf of Defendant c/o James B. Bailey Knobloch Inc. achastain@bradley.com

**Richard Aaron Chastain**
  on behalf of Defendant Knobloch Inc. achastain@bradley.com

**Richard Aaron Chastain**
  on behalf of Interested Party Knobloch Inc. achastain@bradley.com

**Richard Aaron Chastain**
  on behalf of Interested Party Shandi R White achastain@bradley.com

| | |
|---|---|
| Richard Aaron Chastain | on behalf of Defendant Shandi R. White achastain@bradley.com |
| Richard Aaron Chastain | on behalf of Interested Party Mary P White achastain@bradley.com |
| Richard Aaron Chastain | on behalf of Interested Party Tannehill Sewer LLC achastain@bradley.com |
| Richard Aaron Chastain | on behalf of Defendant Bama Management LLC achastain@bradley.com |
| Richard Aaron Chastain | on behalf of Defendant SERMA Funding LLC achastain@bradley.com |
| Richard Aaron Chastain | on behalf of Interested Party SERMA Funding LLC achastain@bradley.com |
| Robert H Adams | on behalf of Creditor D.R. Horton Inc. - Birmingham radams@rumberger.com, docketingorlando@rumberger.com;radamssecy@rumberger.com;bchandler@rumberger.com |
| Robert P. Reynolds | on behalf of Creditor Jonathan K. Slone rreynolds@rrllaw.com |
| Robert P. Reynolds | on behalf of Creditor Monica Lawrence rreynolds@rrllaw.com |
| Robert P. Reynolds | on behalf of Creditor John Lawrence rreynolds@rrllaw.com |
| Robert P. Reynolds | on behalf of Creditor Benjamin Davis rreynolds@rrllaw.com |
| Robert P. Reynolds | on behalf of Creditor Nicole Slone rreynolds@rrllaw.com |
| Robert P. Reynolds | on behalf of Creditor Lindsay Davis rreynolds@rrllaw.com |
| S. Scott Allums | scott_allums@alnba.uscourts.gov dana_gilliam@alnba.uscourts.gov |
| Stephanie Lanier Weems | on behalf of Witness Massey Stotser & Nichols, P.C. sweems@msnattorneys.com |
| Stuart H. Memory | on behalf of Accountant Ben J. Schillaci smemory@memorylegal.com pburn@memorylegal.com;wcausby@memorylegal.com;mmeldrum@memorylegal.com;cwilhoit@memorylegal.com |
| Thomas Benjamin Humphries | on behalf of Movant Knobloch Inc. tbhumphries@csattorneys.com, cfellis@csattorneys.com |
| Thomas Benjamin Humphries | on behalf of Defendant c/o James B. Bailey Knobloch Inc. tbhumphries@csattorneys.com, cfellis@csattorneys.com |
| William Bradley Smith | on behalf of Creditor City of Lake View Alabama bsmith@handarendall.com |
| William Ellis McCartney | on behalf of Creditor Monica Lawrence william@golaw.net |
| William Ellis McCartney | on behalf of Creditor Nicole Slone william@golaw.net |
| William Ellis McCartney | on behalf of Creditor Jonathan K. Slone william@golaw.net |
| William Ellis McCartney | on behalf of Creditor John Lawrence william@golaw.net |
| William Ellis McCartney | on behalf of Creditor Benjamin Davis william@golaw.net |
| William Ellis McCartney | on behalf of Creditor Lindsay Davis william@golaw.net |
| William Marcus Brakefield | on behalf of Special Counsel W. Marcus Brakefield bankruptcy@hubbardfirm.com |

TOTAL: 109

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISON

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | Case No. 22-02429-DSC11 |
| ECO-Preservation Services, L.L.C. et. al.[1], | ) | Chapter 11 |
| | ) | |
| Debtors, | ) | (Jointly administered) |

| | | |
|---|---|---|
| Brian Walding as Chapter 11 | ) | |
| Trustee of the Bankruptcy Estates | ) | |
| | ) | Adversary Proceeding No.: |
| | ) | 25-00024-DSC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SERMA HOLDINGS, LLC, | ) | |
| KNOBLOCH, INC., | ) | |
| SERMA FUNDING, LLC, and | ) | |
| TANNEHILL SEWER, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AND NOTICE OF HEARING

The matter came before the Court on Wednesday, August 20, 2025, for a hearing on the following:

**Adversary Proceeding No. 25-00024-DSC**

1. Motion to Bifurcate Hearing or Alternative Motion for Continuance. (AP Doc. 22.)
2. Plaintiff's Response to Non-Debtor Defendants' Motion to Bifurcate Hearing or Alternative Motion for Continuance. (AP Doc. 26.)
3. Plaintiff's Motion for Preliminary Injunction. (AP Doc. 2)
4. Non-Debtor Defendants' Supplemental Response in Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction. (AP Doc. 25.)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification or social security number, include: ECO-Preservation Services, L.L.C. (6084), SERMA Holdings, LLC (8211), and John Michael White, Sr. (1996). The Debtors' service address is P.O. Box 679, Leeds, Alabama 35094.

5. Non-Debtor Defendants' Response in Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction. (AP Doc. 5.)

**Chapter 11 Case No. 22-02429-DSC11**

6. Trustee's Emergency Motion for Authority to Enter into a Contract. (Doc. 662.)
7. Knobloch, Inc.'s Limited Objection to Emergency Motion for Authority to Enter into a Contract. (Doc. 688.)

Appearances of counsel were made as stated on the record.

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on the filings and arguments of counsel, and for the reasons set forth on the record during the hearing, the Motion to Bifurcate Hearing or Alternative Motion for Continuance (AP Doc. 22) is GRANTED in part consistent with the Court's oral ruling on the record. Testimony will be taken and arguments will be presented on the Motion for Preliminary Injunction (Part 1) and the Trustee's Motion for Authority to Enter into a Contract (Part 2) separately so that counsel for the Non-Debtor Defendants and Knobloch, Inc., may adequately represent their respective clients.

**NOTICE** is hereby given that the following matters are continued to **Thursday, August 21, 2025, at 9:00 a.m.,** in Courtroom No. 1 of the Robert S. Vance Federal Building, 1800 Fifth Avenue North, Birmingham, Alabama 35203:

**Adversary Proceeding No. 25-00024-DSC**

1. Plaintiff's Motion for Preliminary Injunction. (AP Doc. 2.)
2. Non-Debtor Defendants' Supplemental Response in Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction. (AP Doc. 25.)
3. Non-Debtor Defendants' Response in Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction. (AP Doc. 5.)

2

**Chapter 11 Case No. 22-02429-DSC11**

4. Trustee's Emergency Motion for Authority to Enter into a Contract. (Doc. 662.)

5. Knobloch, Inc.'s Limited Objection to Emergency Motion for Authority to Enter into a Contract. (Doc. 688.)

Dated: August 20, 2025 /s/ D. Sims Crawford
D. SIMS CRAWFORD
United States Bankruptcy Judge

3