UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: ) | |
| ) | CASE NO. 22-02429-DSC11 |
| ECO-PRESERVATION SERVICES, ) | CHAPTER 11 |
| L.L.C., SERMA HOLDINGS, LLC., ) | |
| and J. MICHAEL WHITE, ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## NOTICE OF APPEAL OF ORDER ON JUDGMENT CREDITORS' MOTION TO ALTER, AMEND, OR VACATE AND FOR RELIEF FROM ORDER

Knobloch, Inc., Tannehill Sewer, LLC, SERMA Funding, LLC, Shandi R. White, and Mary P. White (jointly, the "**Non-Debtor Parties**"), hereby file this Notice of Appeal to the United States District Court for the Northern District of Alabama, pursuant to 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8002 and 8003. The Non-Debtor Parties are objectors and parties in interest in the above-captioned chapter 11 case.

Notice is hereby given that the Non-Debtor Parties appeal the *Order on Judgment Creditors' Motion to Alter, Amend, or Vacate and for Relief from Order* **[**Docket No. 699], dated August 28, 2025, attached hereto as **Exhibit A**.

Pursuant to Fed. R. Bankr. P. 8003(a)(6), the Non-Debtor Parties expressly limit this appeal only to: (1) the Court's ruling that Shandi R. White and Mary P. White "are not among the parties who may seek enforcement of the automatic stay" (Doc. 699 at pp. 14-15) and (2) the Court's ruling that the Judgment Creditors' claims for "piercing the corporate veil" and "alter-ego" are not automatically stayed (Doc. 699 at pp. 19-22, 27).

The names of all parties to the order from which the Non-Debtor Parties appeal, and the names, addresses, and telephone numbers of their attorneys are as follows:

| Party | Attorney |
|---|---|
| Benjamin Davis<br>Creditor | Bobby H. Cockrell, Jr.<br>COCKRELL, COCKRELL, RITCHEY & RITCHEY, LLP<br>1409 University Boulevard<br>Tuscaloosa, AL 35401<br>205.349.2009<br><br>G. Scotch Ritchey, Jr.<br>COCKRELL, COCKRELL, RITCHEY & RITCHEY, LLP<br>1409 University Boulevard<br>Tuscaloosa, AL 35401<br>205.349.2009<br><br>Robert P. Reynolds<br>REYNOLDS, REYNOLDS, & LITTLE, LLC<br>Post Office Box 2863<br>Tuscaloosa, AL 35403-2863<br>205.391.0073 |
| Lindsay Davis<br>Creditor | Bobby H. Cockrell, Jr.<br>COCKRELL, COCKRELL, RITCHEY & RITCHEY, LLP<br>1409 University Boulevard<br>Tuscaloosa, AL 35401<br>205.349.2009<br><br>G. Scotch Ritchey, Jr.<br>COCKRELL, COCKRELL, RITCHEY & RITCHEY, LLP<br>1409 University Boulevard<br>Tuscaloosa, AL 35401<br>205.349.2009<br><br>Robert P. Reynolds<br>REYNOLDS, REYNOLDS, & LITTLE, LLC<br>Post Office Box 2863<br>Tuscaloosa, AL 35403-2863<br>205.391.0073 |
| John Lawrence, Jr.<br>Creditor | Bobby H. Cockrell, Jr.<br>COCKRELL, COCKRELL, RITCHEY & RITCHEY, LLP |

|  | 1409 University Boulevard<br>Tuscaloosa, AL 35401<br>205.349.2009<br><br>G. Scotch Ritchey, Jr.<br>COCKRELL, COCKRELL, RITCHEY &<br>RITCHEY, LLP<br>1409 University Boulevard<br>Tuscaloosa, AL 35401<br>205.349.2009<br><br>Robert P. Reynolds<br>REYNOLDS, REYNOLDS, & LITTLE, LLC<br>Post Office Box 2863<br>Tuscaloosa, AL 35403-2863<br>205.391.0073 |
|---|---|
| Monica Lawrence<br>Creditor | Bobby H. Cockrell, Jr.<br>COCKRELL, COCKRELL, RITCHEY &<br>RITCHEY, LLP<br>1409 University Boulevard<br>Tuscaloosa, AL 35401<br>205.349.2009<br><br>G. Scotch Ritchey, Jr.<br>COCKRELL, COCKRELL, RITCHEY &<br>RITCHEY, LLP<br>1409 University Boulevard<br>Tuscaloosa, AL 35401<br>205.349.2009<br><br>Robert P. Reynolds<br>REYNOLDS, REYNOLDS, & LITTLE, LLC<br>Post Office Box 2863<br>Tuscaloosa, AL 35403-2863<br>205.391.0073 |
| Jonathan K. Slone<br>Creditor | Bobby H. Cockrell, Jr.<br>COCKRELL, COCKRELL, RITCHEY &<br>RITCHEY, LLP<br>1409 University Boulevard<br>Tuscaloosa, AL 35401<br>205.349.2009 |

|  | G. Scotch Ritchey, Jr.<br>COCKRELL, COCKRELL, RITCHEY & RITCHEY, LLP<br>1409 University Boulevard<br>Tuscaloosa, AL 35401<br>205.349.2009<br><br>Robert P. Reynolds<br>REYNOLDS, REYNOLDS, & LITTLE, LLC<br>Post Office Box 2863<br>Tuscaloosa, AL 35403-2863<br>205.391.0073 |
|---|---|
| Nicole Slone<br>Creditor | Bobby H. Cockrell, Jr.<br>COCKRELL, COCKRELL, RITCHEY & RITCHEY, LLP<br>1409 University Boulevard<br>Tuscaloosa, AL 35401<br>205.349.2009<br><br>G. Scotch Ritchey, Jr.<br>COCKRELL, COCKRELL, RITCHEY & RITCHEY, LLP<br>1409 University Boulevard<br>Tuscaloosa, AL 35401<br>205.349.2009<br><br>Robert P. Reynolds<br>REYNOLDS, REYNOLDS, & LITTLE, LLC<br>Post Office Box 2863<br>Tuscaloosa, AL 35403-2863<br>205.391.0073 |
| Ben J. Schillaci<br>Trustee of the ETDNRE Trust | Stuart H. Memory<br>MEMORY MEMORY & CAUSBY, LLP<br>P.O. Box 4054<br>Montgomery, AL 36103<br>334.834.8000<br><br>Wm. Wesley Causby<br>MEMORY MEMORY & CAUSBY, LLP<br>P.O. Box 4054<br>Montgomery, AL 36103<br>334.834.8000 |

This Notice of Appeal is accompanied by the prescribed fee.

Respectfully submitted this 11th day of September, 2025.

/s/ R. Aaron Chastain
R. Aaron Chastain
James B. Bailey
**BRADLEY ARANT BOULT CUMMINGS LLP**
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 488-6647
Email: achastain@bradley.com,
jbailey@bradley.com

*Attorneys for Knobloch, Inc., SERMA Funding, LLC, Tannehill Sewer, LLC, Shandi R. White, and Mary P. White*

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF electronic noticing or U.S. Mail on September 11, 2025, to:

Bobby H. Cockrell, Jr.
G. Scotch Ritchey, Jr.
COCKRELL, COCKRELL, RITCHEY & RITCHEY, LLP
1409 University Boulevard
Tuscaloosa, AL 35401
bcockrell@ccrr.law
sritchey@ccrr.law

Robert P. Reynolds
REYNOLDS, REYNOLDS, & LITTLE, LLC
Post Office Box 2863
Tuscaloosa, AL 35403-2863
rreynolds@rrllaw.com

Stuart H. Memory
Wm. Wesley Causby
MEMORY MEMORY & CAUSBY, LLP
P.O. Box 4054
Montgomery, AL 36103
smemory@memorylegal.com
wcausby@memorylegal.com

                                      */s/ R. Aaron Chastain*
                                      OF COUNSEL

6

Case 22-02429-DSC11　　Doc 705　　Filed 09/11/25　　Entered 09/11/25 12:32:54　　Desc
Main Document　　　Page 6 of 6