# EXHIBIT 2

Case 22-02429-DSC11   Doc 714-2   Filed 09/22/25   Entered 09/22/25 13:55:48   Desc Exhibit Ex 2 - Creditor Matrix   Page 1 of 5

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-2<br>Case 22-02429-DSC11<br>NORTHERN DISTRICT OF ALABAMA<br>Birmingham<br>Mon Sep 22 13:47:01 CDT 2025 | BHM Law Group LLC<br>1330 21ST WAY S<br>Suite 100<br>Birmingham, AL 35205-3912 | Barry Strickland & Company<br>PO Box 9228<br>Richmond, VA 23227-0228 |
| Cadence Bank fka Bancorp South Bank<br>c/o Bowdy J. Brown<br>Sasser, Sefton & Brown, P.C.<br>P.O. Box 4539<br>Montgomery, AL 36103-4539 | City of Lake View, Alabama<br>c/o Benjamin S. Goldman<br>Hand Arendall Harrison Sale LLC<br>1801 5th Avenue North Suite 400<br>Birmingham, AL 35203-2108 | D.R. Horton, Inc. - Birmingham<br>1927 1st Ave. N, Ste. 101<br>Birmingham, AL 35203-4050 |
| ECO-Preservation Services, L.L.C.<br>P. O. Box 679<br>Leeds, AL 35094-0011 | Jones Walker LLP<br>420 20th Street North<br>Suite 1100<br>Birmingham, AL 35203-5209 | Knobloch, Inc.<br>PO Box 679<br>Leeds, AL 35094-0011 |
| Massey, Stotser & Nichols, P.C.<br>1780 Gadsden Highway<br>Birmingham, AL 35235-3106 | Tannehill Sewer, LLC<br>PO Box 679<br>35094, AL 35094-0011 | The Governmental Utility Services Corporatio<br>c/o Benjamin S. Goldman<br>Hand Arendall Harrison Sale LLC<br>1801 5th Avenue North Suite 400<br>Birmingham, AL 35203-2108 |
| U. S. Bankruptcy Court<br>Robert S. Vance Federal Building<br>1800 5th Avenue North<br>Birmingham, AL 35203-2111 | Alabama Dept of Labor<br>649 Monroe St<br>Montgomery, AL 36131-0099 | Anesha Burrell n/k/a Anesha Shephard<br>HOOD LAW, LLC<br>1117 22nd Street South<br>Birmingham, AL 35205-2813 |
| Anesha Shepherd Burrell<br>8213 Owen Park Drive<br>Mc Calla, AL 35111-3043 | Bama Management, LLC<br>P. O. Box 679<br>Leeds, AL 35094-0011 | Benjamin & Lindsay Davis<br>22704 Ironwood Bluff<br>Mc Calla, AL 35111-2694 |
| Brandon C Prince, Esquire<br>BHM Law Group, LLC<br>1330 21st Way South, Ste 100<br>Birmingham, AL 35205-3912 | Brandon Prince<br>4915 5th Ave S<br>Birmingham, AL 35222-2224 | Cadence Bank fka BancorpSouth Bank<br>P.O. Box 789<br>Tupelo, MS 38802-0789 |
| City of Lake View, Alabama<br>c/o Benjamin S. Goldman, Esq.<br>Hand Arendall Harrison Sale LLC<br>1801 5th Avenue North - Suite 400<br>Birmingham, AL 35203-2108 | Cockrell, Cockrell, Ritchey & Richey<br>1409 University Boulevard<br>Tuscaloosa, AL 35401-1633 | Cockrell, Cockrell, Ritchey & Ritchey<br>1409 University Boulevard<br>Tuscaloosa, AL 35401-1633 |
| D R Horton - Birmingham<br>@Robert H. Adams<br>2001 Park Place Suite 1300<br>Birmingham, AL 35203-2735 | Department of Labor<br>649 Monroe St<br>Montgomery AL 36131-0099 | (p)JEFFERSON COUNTY DEPARTMENT OF REVENUE<br>716 RICHARD ARRINGTON JR BLVD N<br>BIRMINGHAM AL 35203-0100 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | J. Michael White<br>7110 Mountain View<br>Leeds, AL 35094-5703 |

| | | |
|---|---|---|
| Jonathan K & Nicole Slone<br>c/o Cockrell, Cockrell, Ritchey & Ritche<br>1409 University Boulevard<br>Tuscaloosa, AL 35401-1633 | Joseph Espy III<br>Melton Espy & Williams PC<br>P O Drawer 5130<br>Montgomery AL 36103-5130 | Keandre Mikel Cade<br>2625 Apollo Circle<br>Hoover, AL 35226-2667 |
| Kenadre Cade<br>C/O BHM Law Group LLC<br>1330 21st Way South, Suite 100<br>Birmingham, AL 35205-3912 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lindsay Davis and Benjamin Davis<br>c/o Robert P. Reynolds<br>REYNOLDS, REYNOLDS & LITTLE, LLC<br>PO Box 2863<br>Tuscaloosa, AL 35403-2863 |
| MILLENNIAL BANK<br>c/o Newsome Law LLC<br>194 Narrows Drive, Suite 103<br>Birmingham, AL 35242-8668 | Mary P. White<br>7110 Mountain View<br>Leeds, AL 35094-5703 | Michelle Ladner<br>4915 5th Ave S<br>Birmingham, AL 35222-2224 |
| Monica & John A Lawrence, Jr<br>22806 Rimbred Court<br>Mc Calla, AL 35111-4705 | Monica Lawrence and John Lawrence, Jr.<br>c/o Robert P. Reynolds<br>REYNOLDS, REYNOLDS & LITTLE, LLC<br>P.O. Box 2863<br>Tuscaloosa, AL 35403-2863 | Nicole Slone<br>C/O G.Scotch Ritchey<br>1409 University Boulevard<br>Tuscaloosa, AL 35401-1633 |
| Nicole Slone and Jonathan Slone<br>c/o G.Scotch Ritchey<br>1409 University Boulevard<br>Tuscaloosa, AL 35401-1633 | Peyton C. Cochrane, Tax Collector<br>Room 124 Tuscaloosa County Courthouse<br>Tuscaloosa, AL 35401-1891 | Rhonda Hood, Esquire<br>Hood & Lay, LLC<br>1117 22nd St. South<br>Birmingham, AL 35205-2813 |
| Rhonda Steadman Hood<br>HOOD LAW, LLC<br>1117 22nd Street South<br>Birmingham, AL 35205-2813 | SERMA Funding, LLC<br>P. O. Box 679<br>Leeds, AL 35094-0011 | SERMA Holdings, LLC<br>P. O. Box 679<br>Leeds, AL 35094-0011 |
| Secretary of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | (p)STATE OF ALABAMA DEPARTMENT OF REVENUE<br>P O BOX 320001<br>MONTGOMERY AL 36132-0001 | Susan D. Jones, Tax Collector<br>714 Greensboro Ave Room 124<br>Tuscaloosa, AL 35401-1891 |
| Tannehill Sewer, LLC<br>P. O. Box 679<br>Leeds, AL 35094-0011 | U.S. Securities and Exchange Commission<br>Branch of Reorganization<br>950 East Paces Ferry Road Ste 900<br>Atlanta, GA 30326-1382 | United States Attorney<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203-2101 |
| United States Bankruptcy Administrator<br>Northern District of Alabama<br>1800 Fifth Avenue North<br>Birmingham, AL 35203-2111 | West Alabama Insured Titles, LLC<br>730 Energy Center Blvd., Ste 1402F<br>Northport, AL 35473-5814 | Ben J. Schillaci<br>Carr Riggs & Ingram<br>3700 Colonnade Pkwy Ste 300<br>Birmingham, AL 35243-3213 |
| Bill D. Bensinger<br>Christain & Small, LLP<br>1800 Financial Center<br>505 20th Street North<br>Suite 1800<br>Birmingham, AL 35203-2633 | Brian R. Walding<br>Walding LLC<br>2227 First Avenue South Suite 100<br>Birmingham, AL 35233-2338 | Harry P Long<br>The Law Offices of Harry P. Long, LLC<br>PO Box 1468<br>Anniston, AL 36202-1468 |

| | | |
|---|---|---|
| Harry P. Long<br>Harry P. Long, Attorney at Law<br>P.O. Box 1468<br>Anniston, AL 36202-1468 | Henry H. Tyler<br>1808 10th Avenue North<br>Bessemer, AL 35020-4716 | J. Thomas Corbett<br>Birmingham BA Office<br>1800 5th Avenue North<br>Birmingham, AL 35203-2111 |
| James Donald White<br>c/o James Harris<br>Watkins & Eager PLLC<br>1904 1st Ave N, Ste 300<br>Birmingham, AL 35203-4064 | Jan Marie White Stone<br>c/o James Harris<br>Watkins & Eager PLLC<br>1904 1st Ave N, Ste 300<br>Birmingham, AL 35203-4064 | Jim Pino<br>363 Canyon Park Drive<br>Pelham, AL 35124-4820 |
| John Michael White Sr<br>7110 Mountain View Ln<br>Leeds, AL 35094-5703 | Jon A Dudeck<br>Bankruptcy Administrator-Bham Office<br>1800 5th Ave N Rm 132<br>Birmingham, AL 35203-2126 | Jonathan K. Slone<br>c/o G. Scotch Ritchey<br>Cockrell Cockrell Ritchey & Ritchey LLP<br>1409 University Blvd<br>Tuscaloosa, AL 35401-1633 |
| Joseph Espy III<br>Melton, Espy & Williams, PC<br>PO Drawer 5130<br>Montgomery, AL 36130-0001 | Joseph Curtis White<br>c/o James Harris<br>Watkins & Eager PLLC<br>1904 1st Ave N, Ste 300<br>Birmingham, AL 35203-4064 | Mary Paula White<br>7702 Deer Trail<br>Trussville, AL 35173-3901 |
| Nicole Slone<br>23040 McGehee Drive<br>McCalla, AL 35111-3072 | S. Scott Allums<br>Assistant U.S. Bankruptcy Administrator<br>2005 University Boulevard, Ste 1300<br>Tuscaloosa, AL 35401-1526 | W. Marcus Brakefield<br>P O Box 2427<br>Tuscaloosa, AL 35403-2427 |
| Wynn Echols Jr.<br>Engineers of the South<br>208 Oak Mountain Circle<br>Pelham, AL 35124-1357 | c/o James B. Bailey Knobloch, Inc.<br>Bradley Arant Boult Cummings LLP<br>One Federal Place<br>1819 5th Avenue North<br>Birmingham, AL 35203-2120 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Department of Revenue<br>Jefferson County Courthouse<br>Birmingham AL 35203 | Internal Revenue Service<br>801 Tom Martin Dr.<br>Birmingham, AL 35211 | State Department of Revenue<br>PO Box 1927<br>Pelham, AL 35124 |
| (d)State of Alabama Dept of Revenue<br>P O Box 320001<br>Montgomery AL 36132 | (d)State of Alabama Dept. of Revenue<br>PO Box 320001<br>Montgomery, AL 36132 | (d)United States Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0039 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)SERMA Funding, LLC | (u)Governmental Utility Services Corp of Lake | (d)Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
|---|---|---|
| (u)Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia | (d)Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (d)Knobloch, Inc.<br>P. O. Box 679<br>Leeds, AL 35094-0011 |
| (d)United States Attorney<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203-2101 | (u)Benjamin Davis | (u)John Lawrence |
| (u)Lindsay Davis | (u)Monica Lawrence | (u)Shandi R White |

End of Label Matrix
Mailable recipients    76
Bypassed recipients    12
Total                  88