UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: ) | |
| ) | CASE NO. 22-02429-DSC11 |
| ) | CHAPTER 11 |
| ) | |
| ECO-PRESERVATION SERVICES, ) | |
| L.L.C., SERMA HOLDINGS, LLC., ) | |
| and J. MICHAEL WHITE, ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |

**NON-DEBTOR PARTIES' STATEMENT OF ISSUES
AND DESIGNATION OF RECORD ON APPEAL**

Knobloch, Inc., Tannehill Sewer, LLC, SERMA Funding, LLC, Shandi R. White, and Mary P. White (jointly, the "**Non-Debtor Parties**"), pursuant to Bankruptcy Rule 8009, hereby submit the Statement of Issues and Designation of Record on Appeal of the *Order on Judgment Creditors' Motion to Alter, Amend, or Vacate and for Relief from Order* **[Docket No. 699]**. Non-Debtor Parties filed a notice of appeal on September 11, 2025 [Docket No. 705]. The Appeal has been docketed in the District Court for the Northern District of Alabama as Case Number 2:25-cv-01578-ACA.

STATEMENT OF ISSUES

1. Whether the Bankruptcy Court erred in ruling that the causes of action asserted by Benjamin Davis, Lindsay Davis, John Lawrence, Monica Lawrence, Jonathan K. Slone, and Nicole Slone (the "**Judgment Creditors**") in the Complaint[1] against Shandi

---

[1] "Complaint" refers to the complaint filed by the Judgment Creditors against the Non-Debtor Parties and Ben J. Schillaci in the Circuit Court of Tuscaloosa County, Case No. 63-CV-2025-900565.

R. White and Mary P. White could proceed on the basis that Shandi R. White and Mary P. White did not have standing to enforce the automatic stay of 11 U.S.C. § 362?

2. Whether the Bankruptcy Court erred in ruling that Shandi R. White and Mary P. White are not in the "zone of interests" protected by the automatic stay of 11 U.S.C. § 362?

3. Whether the Bankruptcy Court erred in determining that allowing the Judgment Creditors to litigate their causes of action against Shandi R. White and Mary P. White in the Complaint was consistent with the policy and purposes behind the automatic stay of 11 U.S.C. § 362?

4. Whether the Bankruptcy Court erred by failing to find "unusual circumstances" sufficient to enable state court defendants who are neither Debtors nor the Trustee to enforce the automatic stay and seek redress for violations thereof?

5. Whether the Bankruptcy Court erred by allowing the Judgment Creditors' alter ego and veil-piercing "claims" in the Complaint to proceed against Knobloch, Inc., Tannehill Sewer, LLC, and SERMA Funding, LLC despite a simultaneous proceeding by the Trustee seeking essentially the same relief?

6. Whether the Bankruptcy Court erred by allowing the Judgment Creditors' alter ego and veil-piercing "claims" in the Complaint to proceed even though Alabama does not recognize such independent causes of action?

7. Whether the Bankruptcy Court erred by allowing the Judgment Creditors to proceed with alter ego and veil-piercing "claims" in the Complaint when those acts violate the automatic stay of 11 U.S.C. § 362(a) as actions to "recover a claim against the debtor" and/or "exercise control over property of the estate?"

# DESIGNATION OF RECORD ON APPEAL[2]

| Claims Register in Case No. 22-02429-DSC11 | | |
|---|---|---|
| **Filing Date** | **Claim Number** | **Description** |
| 11/23/2022 | 2-1 | Claim #2 filed by Monica Lawrence and John Lawrence, Jr., Amount Claimed: $2116929.42 |
| 10/14/2024 | 2-2 | Amended Claim #2 filed by Monica Lawrence and John Lawrence, Jr., Amount Claimed: $2219227.58 |
| 11/23/2022 | 3-1 | Claim #3 filed by Lindsay Davis and Benjamin Davis, Amount Claimed: $1801927.65 |
| 10/14/2024 | 3-2 | Amended Claim #3 filed by Lindsay Davis and Benjamin Davis, Amount Claimed: $1689040.16 |
| 07/31/2024 | 14-1 | Claim #14 filed by SERMA Holdings, LLC, Amount claimed: $7000000.00 |
| 07/31/2024 | 15-1 | Claim #15 filed by Tannehill Sewer, LLC, Amount claimed: $11400.00 |
| 07/31/2024 | 16-1 | Claim #16 filed by Tannehill Sewer, LLC, Amount claimed: $16336.8 |
| 07/31/2024 | 17-1 | Claim #17 filed by Tannehill Sewer, LLC, Amount claimed: $4000.00 |
| 07/31/2024 | 18-1 | Claim #18 filed by SERMA Funding, LLC, Amount claimed: $1125000.00 |
| 10/14/2024 | 22-1 | Claim #22 filed by Monica Lawrence and John Lawrence, Jr., Amount claimed: $2219227.58 [Amends Claim 3 in Case No. 22-02430 |
| 10/14/2024 | 22-2 | Amended Claim #22 filed by Monica Lawrence and John Lawrence, Jr., Amount claimed: $2219227.58 |
| 10/14/2024 | 23-1 | Claim #23 filed by Monica Lawrence and John Lawrence, Jr., Amount claimed: $2189196.61 [Amends Claim 6 in Case No. 22-02431 |
| 10/14/2024 | 24-1 | Claim #24 filed by Lindsay Davis and Benjamin Davis, Amount claimed: $1689040.16 [Amends Claim 2 in Case No. 22-02430] |
| 10/14/2024 | 25-1 | Claim #25 filed by Lindsay Davis and Benjamin Davis, Amount claimed: $1659010.43 [Amends Claim 5 in Case No. 22-02431] |

---

[2] Each item designated shall also include any and all attachments, proposed orders, and/or exhibits to such item.

| | | |
|---|---|---|
| **Filing Date** | **Docket Number** | **Description** |

<table>
<tr><td colspan="3" align="center">**Court Docket in Case No. 22-02429-DSC11**</td></tr>
<tr><td>**Filing Date**</td><td>**Docket Number**</td><td>**Description**</td></tr>
<tr><td>10/05/2022</td><td>1<br>(10 pgs)</td><td>Chapter 11 Voluntary Petition Non-Individual. Fee Amount $1738 Filed by ECO Preservation, LLC Chapter 11 Plan due by 02/2/2023. Disclosure Statement due by 02/2/2023. (Long, Harry) (Entered: 10/05/2022)</td></tr>
<tr><td>10/05/2022</td><td>4<br>(1 pg)</td><td>Corporate Parent Disclosure Statement Filed by Debtor ECO Preservation, LLC. (Long, Harry) (Entered: 10/05/2022)</td></tr>
<tr><td>10/21/2022</td><td>31<br>(2 pgs)</td><td>Corporate Parent Disclosure Statement *Amended to correct Debtor's name* Filed by Debtor ECO Preservation, LLC.. (Long, Harry) (Entered: 10/21/2022)</td></tr>
<tr><td>10/21/2022</td><td>32<br>(2 pgs)</td><td>Equity Security Holders *Amended to correct Debtor's name* Filed by Debtor ECO Preservation, LLC.. (Long, Harry) (Entered: 10/21/2022</td></tr>
<tr><td>12/30/2024</td><td>533<br>(3 pgs; 2 docs)</td><td>Order Approving Appointment of Brian R. Walding as Chapter 11 Trustee for Eco-Preservation Services, LLC 22-02429-DSC11; Serma Holdings, LLC, 22-02430-DSC11; And John Michael White, Sr., 22-02431-DSC11 (Related Doc # 529) Signed on 12/30/2024. (cmh) (Entered: 12/30/2024)</td></tr>
<tr><td>06/03/2025</td><td>640<br>(114 pgs; 3 docs)</td><td>Emergency Motion to Enforce *Automatic Stay* Filed by Interested Parties Shandi R White, SERMA Funding, LLC, Mary Paula White, Movants Knobloch, Inc., Tannehill Sewer, LLC (Attachments: # 1 Exhibit A # 2 Exhibit B) (Chastain, Richard) (Entered: 06/03/2025)</td></tr>
<tr><td>06/03/2025</td><td>641<br>(4 pgs)</td><td>Motion to Expedite Hearing (related documents 640 Motion to Enforce) Filed by Movants Knobloch, Inc., Tannehill Sewer, LLC, Interested Parties SERMA Funding, LLC, Mary Paula White, Shandi R White (Chastain, Richard) (Entered: 06/03/2025)</td></tr>
<tr><td>06/04/2025</td><td>644<br>(2 pgs)</td><td>Supporting Motion to Enforce *Automatic Stay* (Re Item:640 Motion to Enforce, 641 Motion to Expedite Hearing) Filed by Accountant Ben J. Schillaci (Memory, Stuart) (Entered: 06/04/2025)</td></tr>
<tr><td>06/04/2025</td><td>646<br>(4 pgs; 2 docs)</td><td>Order and Notice of Hearing Signed on 6/4/2025. (RE: related document(s)640 Motion to Enforce filed by Movant Knobloch, Inc., Interested Party Mary Paula White, Movant Tannehill Sewer, LLC, Interested Party SERMA Funding, LLC, Interested Party Shandi R</td></tr>
</table>

| | | |
|---|---|---|
| | | White, 644 Motion to Enforce filed by Accountant Ben J. Schillaci). Evidentiary Hearing scheduled 7/9/2025 at 09:30 AM at Courtroom 1 (DSC) Birmingham. (stc) (Entered: 06/04/2025) |
| 06/18/2025 | 659 (19 pgs) | Motion to Amend and/or Alter (related documents 646 Order and Notice of Hearing) Filed by Creditors Benjamin Davis, Lindsay Davis, John Lawrence, Monica Lawrence, Nicole Slone (Ritchey, Gregory) (Entered: 06/18/2025) |
| 06/24/2025 | 671 (4 pgs; 2 docs) | Order and Notice of Hearing Signed on 6/24/2025. The Motion for Authority to Enter into a Contract (doc. 662) is CONTINUED to July 16, 2025 at 1:30 p.m. and the Motion to Reconsider (doc. 665) is DENIED as moot. (RE: related document(s)662 Motion for Approval of Agreement filed by Trustee Brian R. Walding, 665 Motion to Reconsider filed by Movant Knobloch, Inc., Movant Tannehill Sewer, LLC, Interested Party SERMA Funding, LLC). Hearing scheduled 7/16/2025 at 01:30 PM at Courtroom 1 (DSC) Birmingham. (stc) (Entered: 06/24/2025) |
| 07/14/2025 | 675 (24 pgs) | Response to (Re Item: 659 Motion to Amend and/or Alter (related documents 646 Order and Notice of Hearing) filed by Creditor Nicole Slone, Creditor John Lawrence, Creditor Monica Lawrence, Creditor Lindsay Davis, Creditor Benjamin Davis) Filed by Movants Knobloch, Inc., Tannehill Sewer, LLC, Interested Parties SERMA Funding, LLC, Mary Paula White, Shandi R White (Chastain, Richard) (Entered: 07/14/2025) |
| 07/15/2025 | 677 (2 pgs) | Supporting Response to (Re Item: 675 Response filed by Movant Knobloch, Inc., Interested Party Mary Paula White, Movant Tannehill Sewer, LLC, Interested Party SERMA Funding, LLC, Interested Party Shandi R White) Filed by Accountant Ben J. Schillaci (Memory, Stuart) (Entered: 07/15/2025) |
| 07/15/2025 | 678 (6 pgs) | Reply to (Re Item: 659) Filed by Creditors Benjamin Davis, Lindsay Davis, John Lawrence, Monica Lawrence, Nicole Slone (Ritchey, Gregory) (Entered: 07/15/2025) |
| 08/28/2025 | 699 (29 pgs; 2 docs) | Order on Judgment Creditors' Motion to Alter, Amend, or Vacate and for Relief from Order Signed on 8/28/2025. (RE: related document(s)646 Order and Notice of Hearing, 659 Motion to Alter, Amend, or Vacate and for Relief from Order by Creditor Nicole Slone, Creditor John Lawrence, Creditor Monica Lawrence, Creditor Lindsay Davis, Creditor Benjamin Davis, 675 Response filed by Movant Knobloch, Inc., |

| | | |
|---|---|---|
| | | Interested Party Mary Paula White, Movant Tannehill Sewer, LLC, Interested Party SERMA Funding, LLC, Interested Party Shandi R White, 677 Response filed by Accountant Ben J. Schillaci, 678 Reply filed by Creditor Nicole Slone, Creditor John Lawrence, Creditor Monica Lawrence, Creditor Lindsay Davis, Creditor Benjamin Davis). (stc) (Entered: 08/28/2025) |
| 09/11/2025 | 705 (34 pgs; 2 docs) | Notice of Appeal to District Court. Fee Amount $298 Filed by Movants Knobloch, Inc., Tannehill Sewer, LLC, Interested Parties SERMA Funding, LLC, Mary Paula White, Shandi R White (RE: related document(s)699 Order (Generic)). Appellant Designation due by 09/25/2025. (Attachments: # 1 Exhibit A)(Chastain, Richard) (Entered: 09/11/2025) |
| N/A | N/A | Transcript of hearing on 06/04/2025 (transcript order pending as of 09/22/2025, see attached) |
| N/A | N/A | Transcript of hearing on 07/16/2025 (transcript order pending as of 09/22/2025, see attached) |

| Court Docket in Adversary Proceeding No. 25-00019-DSC | | |
|---|---|---|
| Filing Date | Docket Number | Description |
| 06/04/2025 | 1 (574 pgs; 2 docs) | 01 (Determination of removed claim or cause)) Notice of Removal by Knobloch, Inc., Tannehill Sewer, LLC, Mary Paula White, Henry H. Tyler, Curtis White Development Co., L.L.C., SERMA Funding, LLC, Ben J. Schillaci, Shandi R. White. (Attachments: # 1 Exhibit A) (Chastain, Richard) (Entered: 06/04/2025) |
| 07/17/2025 | 4 (2 pgs) | Courtroom Deputy Notes (RE: related document(s)1 Notice of Removal filed by Defendant Ben J. Schillaci, Defendant Knobloch, Inc., Defendant Mary Paula White, Defendant Tannehill Sewer, LLC, Defendant SERMA Funding, LLC, Defendant Curtis White Development Co., L.L.C., Defendant Henry H. Tyler, Defendant Shandi R. White) (cmh) (Entered: 07/17/2025) |

| Court Docket in Adversary Proceeding No. 25-00024-DSC | | |
|---|---|---|
| Filing Date | Docket Number | Description |
| 06/20/2025 | 1 (237 pgs; 2 docs) | Adversary case 25-00024. 72 (Injunctive relief - other)) Complaint by Brian Walding against c/o James B. Bailey Serma Holdings, LLC, c/o James B. Bailey Knobloch, |

| | | |
|---|---|---|
| | | Inc., SERMA Funding, LLC, Tannehill Sewer, LLC. Fee Amount $350 (Attachments: # 1 Exhibit Exhibits A-M) (Williams, R.) (Entered: 06/20/2025) |

Respectfully submitted this 25th day of September, 2025.

        /s/ R. Aaron Chastain
        R. Aaron Chastain
        James B. Bailey
        **BRADLEY ARANT BOULT CUMMINGS LLP**
        1819 Fifth Avenue North
        Birmingham, Alabama 35203
        Telephone: (205) 521-8000
        Facsimile: (205) 488-6647
        Email: achastain@bradley.com,
        jbailey@bradley.com

        *Attorneys for Knobloch, Inc., SERMA Funding, LLC, Tannehill Sewer, LLC, Shandi R. White, and Mary P. White*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF electronic noticing or U.S. Mail on September 25, 2025, to:

Bobby H. Cockrell, Jr.
G. Scotch Ritchey, Jr.
COCKRELL, COCKRELL, RITCHEY & RITCHEY, LLP
1409 University Boulevard
Tuscaloosa, AL 35401
bcockrell@ccrr.law
sritchey@ccrr.law

Robert P. Reynolds
REYNOLDS, REYNOLDS, & LITTLE, LLC
Post Office Box 2863
Tuscaloosa, AL 35403-2863
rreynolds@rrllaw.com

Stuart H. Memory
Wm. Wesley Causby
MEMORY MEMORY & CAUSBY, LLP
P.O. Box 4054
Montgomery, AL 36103
smemory@memorylegal.com
wcausby@memorylegal.com

/s/ R. Aaron Chastain
R. Aaron Chastain

| AO 435<br>(Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY | |
|---|---|---|---|---|
| *Please Read Instructions:* | **TRANSCRIPT ORDER** | | DUE DATE: | |
| 1. NAME<br>James B. Bailey | | 2. PHONE NUMBER<br>(205) 521-8913 | 3. DATE<br>9/19/2025 | |
| 4. DELIVERY ADDRESS OR EMAIL<br>jbailey@bradley.com | | 5. CITY<br>Birmingham | 6. STATE<br>AL | 7. ZIP CODE<br>35203 |
| 8. CASE NUMBER<br>22-02429 | 9. JUDGE<br>D. Sims Crawford | DATES OF PROCEEDINGS | | |
| | | 10. FROM 6/4/2025 | 11. TO 7/16/2025 | |
| 12. CASE NAME<br>ECO−Preservation Services, L.L.C. | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY | 14. STATE | |

15. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | Rulings in Bankruptcy Procee | 6/4/2025 and 7/16/2025 |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [x] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE | PROCESSED BY | |
| 19. DATE | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY