IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ECO-Preservation Services, L.L.C., *et al.*,[1] | ) | Case No. 22-02429-DSC11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## JUDGMENT CREDITORS' DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

**COME NOW,** the Judgment Creditors/Appellees, Lindsay and Benjamin Davis, Nicole Slone, and Monica and John Lawrence (collectively, the "Judgment Creditors"), by and through the undersigned counsel, and file this Designation of Additional Items to be Included in the Record on Appeal, pursuant to Fed. R. Bankr. P. 8009(a)(2)(A), and request that the following additional items be included in the record on appeal in Case No. 2:25-cv-01578-ACA:

### ADDITIONAL ITEMS TO BE INCLUDED ON RECORD OF APPEAL

| Court Docket in Case No. 22-02429-DSC | | |
|---|---|---|
| *Filing Date* | *Doc. #* | Description |
| 06/04/2025 | 646 (2 pgs.) | Order and Notice of Hearing related to Motion to Enforce Automatic Stay |
| 09/22/2025 | 714 (18 pgs.) | Judgment Creditors' Motion to Annul the Automatic Stay or Alternatively for Relief from the Automatic Stay |
| 09/22/2025 | 714-1 (21 pgs.) | Ex. 1 to Doc. 714 – Proposed Amended Complaint |

| Court Docket in AP No. 25-00033-DSC | | |
|---|---|---|
| *Filing Date* | *Doc. #* | Description |
| 08/29/2025 | 11 (2 pgs.) | Knobloch's, Tannehill Sewer's, SERMA Funding's, and Mary Paula White's Answer to Complaint |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification or social security number, include: ECO-Preservation Services, L.L.C. (6084), SERMA Holdings, LLC (8211), and John Michael White, Sr. (1996). The Debtors' service address is P.O. Box 679, Leeds, Alabama 35094.

*Respectfully submitted this 30th day of September, 2025.*

                                            */s/ Robert P. Reynolds*
                                            Robert P. Reynolds (REYNR4202)
                                            *Attorney for Judgment Creditors*

**OF COUNSEL:**
REYNOLDS, REYNOLDS & LITTLE, LLC
Post Office Box 2863
Tuscaloosa, Alabama 35403-2863
Telephone: 205-391-0073

                                            *s/ Bobby H. Cockrell, Jr.*
                                            Bobby H. Cockrell, Jr.
                                            Bar Number: ASB-1332-E47B
                                            *Attorney for Judgment Creditors*
                                            bcockrell@ccrr.law

                                            *s/ G. Scotch Ritchey, Jr.*
                                            G. Scotch Ritchey, Jr.
                                            Bar Number: ASB-6144-Q55D
                                            *Attorney for Judgment Creditors*
                                            sritchey@ccrr.law

**OF COUNSEL:**
COCKRELL, COCKRELL, RITCHEY & RITCHEY, LLP
1409 University Boulevard
Tuscaloosa, Alabama 35401
Telephone: (205) 349-2009
Facsimile: (205) 758-3090

## CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of September, 2025, I served the forgoing document by filing a copy of the foregoing with the Clerk of Court using the CM/ECF system which will provide notice to the following CM/ECF participants:

**James Blake Bailey**
**Richard Aaron Chastain**
*Attorneys for Appellants*
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Ave N
Birmingham, AL 35203
Telephone: (205) 521-8913
Facsimile: (205) 488-6913
jbailey@bradley.com
achastain@bradley.com

                                                    *s/ G. Scotch Ritchey, Jr.*
                                                    *Of Counsel*