IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: ) | |
| ) | Case No. 22-02429-DSC11 |
| ECO-Preservation Services, L.L.C., et al.[1], ) | Chapter 11 |
| Debtors. ) | |
| ) | |

**ORDER AND NOTICE OF HEARING**

Thomas B. Humphries, attorney for Knobloch, Inc., filed a Motion to Expedite Hearing (doc. 729) on the Motion for Adequate Protection. (Doc. 725.) The Court has considered the Motion to Expedite and finds that the Movant has demonstrated sufficient cause under Rule 9006(c) of the Federal Rules of Bankruptcy Procedure to shorten the notice requirements. Based upon the foregoing, the request for an expedited hearing is due to be granted.

Therefore, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the Motion to Expedite Hearing (doc. 729) is **GRANTED**.

**NOTICE** is hereby given that a hearing on the Motion for Adequate Protection (doc. 725) shall be held on **Wednesday, October 8, 2025 at 9:30 a.m.,** in Courtroom No. **1**, Robert S. Vance Federal Building, 1800 Fifth Avenue North, Birmingham, Alabama 35203.

Dated: October 3, 2025

/s/ D. Sims Crawford
D. SIMS CRAWFORD
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification or social security number, include: ECO-Preservation Services, L.L.C. (6084), SERMA Holdings, LLC (8211), and John Michael White, Sr. (1996). The Debtors' service address is P.O. Box 679, Leeds, Alabama 35094.