# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| ECO-Preservation Services, L.L.C. | } | **Case No: 22-02429-DSC11** |
| | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## ORDER RESCHEDULING HEARING

This matter was scheduled for a hearing on Wednesday, October 08, 2025 09:30 AM on the following:

1) RE: Doc #708; Knobloch, Inc.'s Motion to Reconsider and Amend
2) RE: Doc #725; Knobloch Inc's Motion for Adequate Protection

**It is hereby ORDERED, ADJUDGED and DECREED that:**

By agreement of the parties, these matters are continued to November 5, 2025 at 9:30 a.m. in Courtroom number 1 of the Robert S. Vance Federal Building, 1800 Fifth Avenue North, Birmingham, Alabama.

Dated: 10/07/2025

/s/ D. SIMS CRAWFORD
D. SIMS CRAWFORD
United States Bankruptcy Judge