# Notice Recipients

District/Off: 1126−2  User: admin  Date Created: 10/7/2025
Case: 22−02429−DSC11  Form ID: pdf000  Total: 113

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
11411734   Governmental Utility Services Corp of Lake View
TOTAL: 1

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ba | Jon A Dudeck | jon_dudeck@alnba.uscourts.gov |
| ba | J. Thomas Corbett | jtom_corbett@alnba.uscourts.gov |
| ba | S. Scott Allums | scott_allums@alnba.uscourts.gov |
| aty | Benjamin Shaw Goldman | bgoldman@handfirm.com |
| aty | Bill D Bensinger | bdbensinger@csattorneys.com |
| aty | Bobby H Cockrell, Jr | bcockrell@ccrr.law |
| aty | Bowdy J Brown | bo.brown@chlaw.com |
| aty | Brandon Prince | brandon@bhmlawgroup.com |
| aty | Brenton K Morris | bmorris@bcattys.com |
| aty | Brian R Walding | bwalding@waldinglaw.com |
| aty | Brian R. Walding (SBRA) | alnb11trustee@waldinglaw.com |
| aty | Caroline Cockrell Ritchey | critchey@ccrr.law |
| aty | Clyde Ellis Brazeal, III | ebrazeal@joneswalker.com |
| aty | Clyde O. Westbrook, III | twestbrook@watkinseager.com |
| aty | Frederick Darrell Clarke, III | fclarke@rumberger.com |
| aty | Gregory Scotch Ritchey, Jr | sritchey@ccrr.law |
| aty | Harry P Long | hlonglegal8@gmail.com |
| aty | James A. Harris, III | jharris@watkinseager.com |
| aty | James Blake Bailey | jbailey@bradley.com |
| aty | Lynne S O'Neal | loneal@lsppc.com |
| aty | R. Scott Williams | swilliams@rumberger.com |
| aty | Richard Aaron Chastain | achastain@bradley.com |
| aty | Robert H Adams | radams@rumberger.com |
| aty | Robert P. Reynolds | rreynolds@rrllaw.com |
| aty | Stephanie Lanier Weems | sweems@msnattorneys.com |
| aty | Stuart H. Memory | smemory@memorylegal.com |
| aty | Thomas Benjamin Humphries | tbhumphries@csattorneys.com |
| aty | William Bradley Smith | bsmith@handarendall.com |
| aty | William Ellis McCartney | william@golaw.net |
| aty | William Marcus Brakefield | bankruptcy@hubbardfirm.com |

TOTAL: 30

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   ECO−Preservation Services, L.L.C.   P. O. Box 679   Leeds, AL 35094
cr   Jonathan K. Slone   c/o G. Scotch Ritchey   Cockrell Cockrell Ritchey & Ritchey LLP   1409 University Blvd   Tuscaloosa, AL 35401
cr   Nicole Slone   23040 McGehee Drive   McCalla, AL 35111
cr   D.R. Horton, Inc. − Birmingham   1927 1st Ave. N, Ste. 101   Birmingham, AL 35203
sp   W. Marcus Brakefield   P O Box 2427   Tuscaloosa, AL 35403
acc  Ben J. Schillaci   Carr Riggs & Ingram   3700 Colonnade Pkwy Ste 300   Birmingham, AL 35243
op   Wynn Echols, Jr.   Engineers of the South   208 Oak Mountain Circle   Pelham, AL 35124
sp   Jim Pino   363 Canyon Park Drive   Pelham, AL 35124
cr   Cadence Bank fka Bancorp South Bank   c/o Bowdy J. Brown   Sasser, Sefton & Brown, P.C.   P.O. Box 4539   Montgomery, AL 36103−4539 UNITED STATES
intp Joseph Espy, III   Melton, Espy & Williams, PC   PO Drawer 5130   Montgomery, AL 36130
mv   James Donald White   c/o James Harris   Watkins & Eager PLLC   1904 1st Ave N, Ste 300   Birmingham, AL 35203
mv   Jan Marie White Stone   c/o James Harris   Watkins & Eager PLLC   1904 1st Ave N, Ste 300   Birmingham, AL 35203
mv   Joseph Curtis White   c/o James Harris   Watkins & Eager PLLC   1904 1st Ave N, Ste 300   Birmingham, AL 35203
op   Jones Walker LLP   420 20th Street North   Suite 1100   Birmingham, AL 35203 UNITED STATES
wit  Massey, Stotser & Nichols, P.C.   1780 Gadsden Highway   Birmingham, AL 35235
cr   BHM Law Group LLC   1330 21ST WAY S   Suite 100   Birmingham, AL 35205 UNITED STATES
aty  Harry P. Long   Harry P. Long, Attorney at Law   P.O. Box 1468   Anniston, AL 36202
cr   The Governmental Utility Services Corporation of Lake View   c/o Benjamin S. Goldman   Hand Arendall Harrison Sale LLC   1801 5th Avenue North Suite 400   Birmingham, AL 35203
cr   City of Lake View, Alabama   c/o Benjamin S. Goldman   Hand Arendall Harrison Sale LLC   1801 5th Avenue North Suite 400   Birmingham, AL 35203
sp   Bill D. Bensinger   Christain & Small, LLP   1800 Financial Center   505 20th Street North   Suite 1800   Birmigham, AL 35203
intp Mary Paula White   7702 Deer Trail   Trussville, AL 35173
intp Jim Pino   363 Canyon Park Drive   Pelham, AL 35124

| | | | | |
|---|---|---|---|---|
| mv | Knobloch, Inc. | PO Box 679 | Leeds, AL 35094 | |
| mv | Tannehill Sewer, LLC | PO Box 679 | 35094, AL 35094 | |
| tr | Brian R. Walding | Walding LLC | 2227 First Avenue South Suite 100 | Birmingham, AL 35233 |
| intp | c/o James B. Bailey Knobloch, Inc. | Bradley Arant Boult Cummings LLP | One Federal Place | 1819 5th Avenue North | Birmingham, AL 35203 |
| intp | John Michael White, Sr | 7110 Mountain View Ln | Leeds, AL 35094 | |
| acc | Barry Strickland & Company | PO Box 9228 | Richmond, VA 23227 | |
| intp | Henry H. Tyler | 1808 10th Avenue North | Bessemer, AL 35020 | |
| aty | James C. Pino | Jim Pino & Associates | 363 Canyon Park Drive | Pelham, AL 35124 |
| smg | Thomas Corbett | BA Birmingham | 1800 5th Avenue North | Birmingham, AL 35203 |
| 11237680 | Alabama Dept of Labor | 649 Monroe St | Montgomery, AL 36131 | |
| 11374698 | Anesha Burrell n/k/a Anesha Shephard | HOOD LAW, LLC | 1117 22nd Street South | Birmingham, AL 35205 |
| 10966626 | Anesha Shepherd Burrell | 8213 Owen Park Drive | Mc Calla, AL 35111 | |
| 10966627 | Bama Management, LLC | P. O. Box 679 | Leeds, AL 35094 | |
| 10966628 | Benjamin & Lindsay Davis | 22704 Ironwood Bluff | Mc Calla, AL 35111 | |
| 10966629 | Brandon C Prince, Esquire | BHM Law Group, LLC | 1330 21st Way South, Ste 100 | Birmingham, AL 35205−3912 |
| 11545686 | Brandon Prince | 4915 5th Ave S | Birmingham, AL 35222 | |
| 11100883 | Cadence Bank fka BancorpSouth Bank | P.O. Box 789 | Tupelo, MS 38802 | |
| 11411503 | City of Lake View, Alabama | c/o Benjamin S. Goldman, Esq. | Hand Arendall Harrison Sale LLC | 1801 5th Avenue North – Suite 400 | Birmingham, AL 35203 |
| 10966630 | Cockrell, Cockrell, Ritchey & Richey | 1409 University Boulevard | Tuscaloosa, AL 35401 | |
| 10966631 | Cockrell, Cockrell, Ritchey & Ritchey | 1409 University Boulevard | Tuscaloosa, AL 35401 | |
| 10966632 | D R Horton – Birmingham | @Robert H. Adams | 2001 Park Place Suite 1300 | Birmingham, AL 35203 |
| 10966860 | Department of Labor | 649 Monroe St | Montgomery AL 36102 | |
| 10966861 | Department of Revenue | Jefferson County Courthouse | Birmingham AL 35203 | |
| 11237682 | Internal Revenue Service | 801 Tom Martin Dr. | Birmingham, AL 35211 | |
| 11237683 | Internal Revenue Service | P O Box 7346 | Philadelphia, PA 19101−7346 | |
| 10966633 | Internal Revenue Service | P. O. Box 7346 | Philadelphia, PA 19101−7346 | |
| 10966857 | Internal Revenue Service | P.O. Box 21126 | Philadelphia | |
| 10966859 | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101−7346 | |
| 10966634 | J. Michael White | 7110 Mountain View | Leeds, AL 35094 | |
| 10966635 | Jonathan K & Nicole Slone | c/o Cockrell, Cockrell, Ritchey & Ritche | 1409 University Boulevard | Tuscaloosa, AL 35401 |
| 11113581 | Joseph Espy III | Melton Espy & Williams PC | P O Drawer 5130 | Montgomery AL 36103−5130 |
| 10966636 | Keandre Mikel Cade | 2625 Apollo Circle | Hoover, AL 35226 | |
| 11374861 | Kenadre Cade | C/O BHM Law Group LLC | 1330 21st Way South, Suite 100 | Birmingham, AL 35205 |
| 10966637 | Knobloch, Inc. | P. O. Box 679 | Leeds, AL 35094 | |
| 11014864 | LVNV Funding, LLC | Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603−0587 |
| 10999958 | Lindsay Davis and Benjamin Davis | c/o Robert P. Reynolds | REYNOLDS, REYNOLDS & LITTLE, LLC | PO Box 2863 | Tuscaloosa, AL 35401 |
| 11091113 | MILLENNIAL BANK | c/o Newsome Law LLC | 194 Narrows Drive, Suite 103 | Birmingham, AL 35242 |
| 10966638 | Mary P. White | 7110 Mountain View | Leeds, AL 35094 | |
| 11545687 | Michelle Ladner | 4915 5th Ave S | Birmingham, AL 35222 | |
| 10966639 | Monica & John A Lawrence, Jr | 22806 Rimbred Court | Mc Calla, AL 35111 | |
| 10999852 | Monica Lawrence and John Lawrence, Jr. | c/o Robert P. Reynolds | REYNOLDS, REYNOLDS & LITTLE, LLC | P.O. Box 2863 | Tuscaloosa, AL 35401 |
| 11121669 | Nicole Slone | C/O G.Scotch Ritchey | 1409 University Boulevard | Tuscaloosa, AL 35401 |
| 10999964 | Nicole Slone and Jonathan Slone | c/o G.Scotch Ritchey | 1409 University Boulevard | Tuscaloosa, AL 35401 |
| 10966640 | Peyton C. Cochrane, Tax Collector | Room 124 Tuscaloosa County Courthouse | Tuscaloosa, AL 35401−1891 | |
| 10966641 | Rhonda Hood, Esquire | Hood & Lay, LLC | 1117 22nd St. South | Birmingham, AL 35205 |
| 11374697 | Rhonda Steadman Hood | HOOD LAW, LLC | 1117 22nd Street South | Birmingham, AL 35205 |
| 10966642 | SERMA Funding, LLC | P. O. Box 679 | Leeds, AL 35094 | |
| 10966643 | SERMA Holdings, LLC | P. O. Box 679 | Leeds, AL 35094 | |
| 10966856 | Secretary of the Treasury | 1500 Pennsylvania Ave., NW | Washington, DC 20220 | |
| 11237684 | State Department of Revenue | PO Box 1927 | Pelham, AL 35124 | |
| 10966862 | State of Alabama Dept of Revenue | P O Box 320001 | Montgomery AL 36132 | |
| 11237681 | State of Alabama Dept. of Revenue | PO Box 320001 | Montgomery, AL 36132 | |
| 10966644 | Susan D. Jones, Tax Collector | 714 Greensboro Ave Room 124 | Tuscaloosa, AL 35401−1891 | |
| 10966645 | Tannehill Sewer, LLC | P. O. Box 679 | Leeds, AL 35094 | |
| 10966855 | U.S. Securities and Exchange Commission | Branch of Reorganization | 950 East Paces Ferry Road Ste 900 | Atlanta, GA 30326 |
| 10966858 | United States Attorney | Northern District of Alabama | 1801 Fourth Avenue North | Birmingham, AL 35203 |
| 11237685 | United States Attorney | Northern District of Alabama | 1801 Fourth Avenue North | Birmingham, AL 35203 |
| 11237686 | United States Bankruptcy Administrator | Northern District of Alabama | 1800 Fifth Avenue North | Birmingham, AL 35203 |
| 10966646 | United States Treasury | Internal Revenue Service | Ogden, UT 84201−0039 | |
| 10966647 | West Alabama Insured Titles, LLC | 730 Energy Center Blvd., Ste 1402F | Northport, AL 35473 | |

TOTAL: 82