# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: ) | |
| ) | Case No. 22-02429-DSC11 |
| ECO-Preservation Services, L.L.C., et al.[1], ) | Chapter 11 |
|     Debtors. ) | |
| ) | |

## **ORDER**

    This matter is before the Court on the Judgment Creditors' Motion to Annul the Automatic Stay or Alternatively for Relief from the Automatic Stay (the "Motion for Relief") (doc. 714) and the Response in Opposition to Judgment Creditors' Motion to Annul the Automatic Stay or Alternatively for Relief from the Automatic Stay ("Response"). (Doc. 735.) Having heard arguments from the parties, the Court has taken the Motion for Relief and Response under submission.

    In response to this Court's Order of August 28, 2025 (doc. 699), which has been appealed to the United States District Court for the Northern District of Alabama, the Judgment Creditors filed this Motion for Relief (doc. 714) to permit them to pursue certain claims against the Sewer System Defendants in the adversary proceeding pending before this Court (Case No. 25-00019-DSC) via the amended complaint attached to the instant motion.

    This Court respectfully acknowledges the appeal of its recent decision (doc. 699) on the Judgment Creditors' Motion to Alter, Amend, or Vacate (doc. 659), which is now pending before the District Court. In that regard, the jurisdiction of this Court to decide the merits of the Motion for Relief may be questionable. The undersigned is also aware, however, that based on the filing

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification or social security number, include: ECO-Preservation Services, L.L.C. (6084), SERMA Holdings, LLC (8211), and John Michael White, Sr. (1996). The Debtors' service address is P.O. Box 679, Leeds, Alabama 35094.

of the Motion for Relief by the Judgment Creditors, there is the argument that the stay of 11 U.S.C. § 362(a) may terminate while Motion for Relief is under submission; indeed, without immediate further action, the stay may terminate this afternoon by operation of law under § 362(e)(1).

Therefore, in accordance with § 362(e)(1), to maintain the status quo in the interest of justice, and without interfering with the pending appeal, this Court hereby ORDERS on a limited basis the stay continued in effect as to the Judgment Creditors while the Motion for Relief is under submission and pending a ruling or a determination under § 362(d). Further, and for the limited purpose of extending the stay under § 362(e)(1), the Court finds that there is a reasonable likelihood that the Respondents may prevail in opposing stay relief.

Dated: October 22, 2025

/s/ D. Sims Crawford
D. SIMS CRAWFORD
United States Bankruptcy Judge