```
MIME-Version:1.0
From:cmecf_ALND@alnd.uscourts.gov
To:ecfAdmin@alnd.uscourts.gov
Bcc:
--Case Participants: James B Bailey (jbailey@bradley.com), Richard Aaron Chastain
(achastain@babc.com), Jackson Graham Gilmore (ggilmore@bradley.com), Benjamin S Goldman
(bgoldman@handfirm.com), John S Johnson (jjohnson@handfirm.com), Judge Annemarie Carney Axon
(axon_chambers@alnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<6294094@alnd.uscourts.gov>
Subject:Activity in Case 2:25-cv-01810-ACA Knobloch, Inc. et al v. City of Lake View, Alabama
et al Order Dismissing Case
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Northern District of Alabama

### Notice of Electronic Filing

The following transaction was entered on 10/23/2025 at 3:34 PM CDT and filed on 10/23/2025
**Case Name:** Knobloch, Inc. et al v. City of Lake View, Alabama et al
**Case Number:** 2:25-cv-01810-ACA
**Filer:**
**WARNING: CASE CLOSED on 10/23/2025**
**Document Number:** 6(No document attached)

Docket Text:
**TEXT ORDER:** The court **DIRECTS** the Clerk to refer this case to the Bankruptcy Court for the Northern District of Alabama, pursuant to the court's general orders of reference entered on June 16 and June 17, 1984. Signed by Judge Annemarie Carney Axon on 10/23/2025. (CLC)

2:25-cv-01810-ACA Notice has been electronically mailed to:

Benjamin S Goldman    bgoldman@handfirm.com

Jackson Graham Gilmore    ggilmore@bradley.com

James B Bailey    jbailey@bradley.com

John S Johnson    jjohnson@handfirm.com

Richard Aaron Chastain    achastain@babc.com

A TRUE COPY
GREER M. LYNCH, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
BY: _____
        DEPUTY CLERK